# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF TEXAS

United States Courts
Southern District of Texas
FILED

OCT 21 2009

Clerk of Court

IN RE: <u>HAWK FREIGHT LOGISTICS, LLC</u>
      DEBTOR

CASE NO.: 09-37651
CHAPTER: <u>     11     </u>

## <u>DECLARATION UNDER PENALTY OF PERJURY</u><br><u>ON BEHALF OF A CORPORATION OR PARTNERSHIP</u>

I, Roger T. Rumsey, President named as the debtor in this case, declare under penalty of perjury that I have read the foregoing Creditors Holding Unsecured Nonpriority Claims and that it is true and correct to the best of my information and belief.

Executed on this the 21th day of October, 2009.

*[signature: Roger Rumsey]*

Roger T. Rumsey
President