B 6F (Official Form 6F) (12/07)

In re **HAWK FREIGHT LOGISTICS, LLC**, Case No. **09-37651**
_____Debtor_____ (if known)

*Amended*

United States Courts
Southern District of Texas
FILED

OCT 3 0 2009

Clerk of Court

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> SEE ATTACHED LIST | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| | | | | | | Subtotal ➤ | $ 0.00 |

__12__ continuation sheets attached

Total ➤ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

IN RE: HAWK FREIGHT LOGISTICS, LLC.    CASE NO.: 09-37651

SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

61. TRADE DEBT (CONTRACT)
    DISPUTED $

    ORBIT TRANSPORTATION OF CHICAGO
    7300 N. CICERO
    LINCOLNWOOD, IL 60712
    (713)439-5889

62. TRADE DEBT (CONTRACT)
    DISPUTED $

    OVERHEAD DOOR COMPANY OF HOUSTON
    11533 S. MAIN ST.
    HOUSTON, TX 77025
    (713)667-1757

63. TRADE DEBT (CONTRACT)
    DISPUTED $

    OUT BROKERS, LLC
    750 ECONOMY DR.
    CLARKSVILLE, TN 37043
    (931)358-4504

64. TRADE DEBT (CONTRACT)
    DISPUTED $

    PACIFIC FINANCIAL
    1601 W. WHISPERING WIND DR.
    PHOENIX, AR 85085
    (800)595-2615

65. TRADE DEBT (CONTRACT)
    DISPUTED $

    PATRIOT GROUP
    500 TERMINAL ST.
    BELLAIRE, TX 77401
    (713)664-1172

IN RE: HAWK FREIGHT LOGISTICS, LLC.    CASE NO.: 09-37651

SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

66. TRADE DEBT (CONTRACT)
    DISPUTED $

    PETER WORKING
    7500 SAN FELIPE
    SUITE 750
    HOUSTON, TX 77063
    (832)242-6500

67. TRADE DEBT (CONTRACT)
    DISPUTED $

    PIT EXPRESS SYSTEMS INC.
    530 MOON-CLINTON RD.
    CORAOPOLIS, PA 15108
    (412)670-4184

68. TRADE DEBT (CONTRACT)
    DISPUTED $

    PLATINUM AIR CARGO
    P.O. BOX 62307
    HOUSTON, TX
    (281)869-8021

69. TRADE DEBT (CONTRACT)
    DISPUTED $

    PLS LOGISTICS SERVICE
    THE QUAD CENTER
    ROCHESTER, PA 15074
    (724)709-9000

70. TRADE DEBT (CONTRACT)
    DISPUTED $

    POLAR AIR
    P.O. BOX 630007
    HOUSTON, TX 77263
    (713)789-7100

IN RE: HAWK FREIGHT LOGISTICS, LLC.     CASE NO.: 09-37651

SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

71.     TRADE DEBT (CONTRACT)
        DISPUTED $

        POP-A-DENT
        12751 WHISTLING SPRINGS
        HUMBLE, TX 77346
        (832)445-8189

72.     TRADE DEBT (CONTRACT)
        DISPUTED $

        PRIMARY FREIGHT
        1144 TOWER LANE
        BENSENVILLE, IL 60106
        (630)238-1200

73.     TRADE DEBT (CONTRACT)
        DISPUTED $

        PRIME INC.
        P.O. BOX 10108
        SPRINGFIELD, MO
        (800)491-1298

74.     TRADE DEBT (CONTRACT)
        DISPUTED $

        PROFESSIONAL FLEET SERVICE
        5380 W. 34TH ST.
        SUITE 317
        HOUSTON, TX 77092

75.     TRADE DEBT (CONTRACT)
        DISPUTED $

        PARCEL DELIVERY
        P.O. BOX 9121 AMF
        ALBUQUERQUE, NM 87119
        (505)243-3791

IN RE: HAWK FREIGHT LOGISTICS, LLC.    CASE NO.: 09-37651

SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

76. TRADE DEBT (CONTRACT)
    DISPUTED $

    RELIABLE WAVE SHIPPING
    219 N. WHISPERING HILLS RD.
    NAPEVILLE, IL 60540
    (708)237-0502

77. TRADE DEBT (CONTRACT)
    DISPUTED $

    REST
    1158 MCCABE AVENUE
    ELK GROVE WILLAGE, IL 60007
    (847)593-2774

78. TRADE DEBT (CONTRACT)
    DISPUTED $

    RETRIEVER
    20405 STATE HIGHWAY 249
    SUITE 700
    HOUSTON, TX
    (800)683-2289

79. TRADE DEBT (CONTRACT)
    DISPUTED $

    RIGHTWAY LOGISTICS, INC
    P.O. BOX 11422
    MURFREESBORO, TN 37219
    (615)898-0360

80. TRADE DEBT (CONTRACT)
    DISPUTED $

    SAFE HARBOR TRANSPORT
    157 COUNTRY OAKS
    LAVERNIA, TX 78121
    (830)217-4553

IN RE: HAWK FREIGHT LOGISTICS, LLC.    CASE NO.: 09-37651

SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

81. TRADE DEBT (CONTRACT)
    DISPUTED $

    SAIA
    P.O. BOX A
    STATION 1
    HOUMA, LA 70363
    (985)868-1030

82. TRADE DEBT (CONTRACT)
    DISPUTED $

    SALT LAKE AIR CARGO
    1435 SOUTH 4800 WEST
    SUITE 100
    SALT LAKE CITY, UT 84104
    (807)975-7772

83. TRADE DEBT (CONTRACT)
    DISPUTED $

    SAPHIRE ROSE PILOT CAR
    P.O. BOX 115
    CONVERSE, TX 78109
    (210)661-6441

84. TRADE DEBT (CONTRACT)
    DISPUTED $

    SELTEX BROKERAGE
    P.O. BOX 378
    PFLUGERVILLE, TX 78691
    (800)-847-1968

85. TRADE DEBT (CONTRACT)
    DISPUTED $

    SHELL TRUCK STOP
    15415 EASTEX FREEWAY
    HOUSTON, TX 77396
    (281)441-6008

IN RE: HAWK FREIGHT LOGISTICS, LLC.   CASE NO.: 09-37651

SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

86. TRADE DEBT (CONTRACT)
    DISPUTED $

    SIDHU TRUCKLINE
    P.O. BOX 272
    VEGA, TX 79092
    (806)553-4156

87. TRADE DEBT (CONTRACT)
    DISPUTED $

    SLT EXPRESS
    4949 SW MEADOWS RD.
    SUITE 500
    LAKE, OSWEGO, OR 97035
    (503)675-5700

88. TRADE DEBT (CONTRACT)
    DISPUTED $

    SLT EXPRESSWAY
    7138 NORTH 110TH AVENUE
    GLENDALE, AZ 85307
    (602)269-1600

89. TRADE DEBT (CONTRACT)
    DISPUTED $

    SOUND MOVES
    230-59 INTERNATIONAL AIRPORT CTR. BLVD.
    BUILDING C
    SUITE 281
    JAMACIA, NY 11413
    (718)553-6300

90. TRADE DEBT (CONTRACT)
    DISPUTED $

    SPECIAL SERVICE FREIGHT COMPANY
    P.O. BOX 19508
    CHARLOTTE, NC 28219
    (704)587-0001

Page 7 of 12

IN RE: HAWK FREIGHT LOGISTICS, LLC.    CASE NO.: 09-37651

SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

91. TRADE DEBT (CONTRACT)
    DISPUTED $

    SPECTRUM GRAPHIC DESIGNS
    5002 S. LAKE HOUSTON PARKWAY
    SUITE 5
    HOUSTON, TX 77049
    (713)455-0303

92. TRADE DEBT (CONTRACT)
    DISPUTED $

    SPEEDY PRINTING
    12720 N. FREEWAY
    HOUSTON, TX 77060
    (281)876-2100

93. TRADE DEBT (CONTRACT)
    DISPUTED $

    SPRINT
    P.O. BOX 60075
    DALLAS, TX 75266
    (800)639-6111

94. TRADE DEBT (CONTRACT)
    DISPUTED $

    STANS INC.
    1008 RAILWAY AVENUE
    BOX 100
    ALPHENA, SD 57312
    (605)849-3582

95. TRADE DEBT (CONTRACT)
    DISPUTED $

    STATE COMPTROLLER
    P.O. BOX 13127
    AUSTIN, TX 78711
    (512)206-3333

IN RE: HAWK FREIGHT LOGISTICS, LLC.    CASE NO.: 09-37651

SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

96. TRADE DEBT (CONTRACT)
    DISPUTED $

    STONEGATE TRANSPORTATION
    1803 SHEFFIELD BLVD
    HOUSTON, TX 77015
    (713)453-7334

97. TRADE DEBT (CONTRACT)
    DISPUTED $

    STREAMLINE LOGISTICS
    P.O. BOX 40832
    MOBILE, AL 36640
    (251)343-7927

98. TRADE DEBT (CONTRACT)
    DISPUTED $

    SULPHUR POLICE DEPT.
    500 N. HUNTINGTON, ST.
    SULPHUR, LA 70663
    (337)527-4550

99. TRADE DEBT (CONTRACT)
    DISPUTED $

    TERMINAL C
    711 WILLIAM
    SUITE 206
    HOUSTON, TX 77002
    (713)222-2064

100. TRADE DEBT (CONTRACT)
     DISPUTED $

     TRANCORE
     P.O. BOX 8500
     PHILADELPHIA, PA 19178
     (800)547-5417

IN RE: HAWK FREIGHT LOGISTICS, LLC.    CASE NO.: 09-37651

SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

101. TRADE DEBT (CONTRACT)
     DISPUTED $

     TRANS LEASE
     P.O. BOX 16464
     DENVER, CO 80216
     (303)289-6423

102. TRADE DEBT (CONTRACT)
     DISPUTED $

     U.S. BANCORP
     U.S. BANCORP CENTER
     800 NICOLETT MALL
     MINNEAPOLIS, MN 55402
     (612)872-2657

103. TRADE DEBT (CONTRACT)
     DISPUTED $

     VENTURE TRANSPORT LOGISTICS, LLC
     P.O. BOX 974167
     DALLAS, TX 75397
     (337)291-6700

104. TRADE DEBT (CONTRACT)
     DISPUTED $

     WAREHOUSE ASSOCIATION
     1345 CAMPBELL RD.
     SUITE 222
     HOUSTON, TX 77055
     (713)461-9696

105. TRADE DEBT (CONTRACT)
     DISPUTED $

     WILDCAT TRANSPORTATION
     P.O. BOX 1911
     FREMONT, CA 94538
     (510) 659-9453

IN RE: HAWK FREIGHT LOGISTICS, LLC.    CASE NO.: 09-37651

SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS


106.   TRADE DEBT (CONTRACT)
       DISPUTED $

       XTRA LEASE
       P.O. BOX 99262
       CHICAGO, IL 60693
       (800)325-1453

B 6F (Official Form 6F) (12/07) - Cont.

In re __HAWK FREIGHT LOGISTICS, LLC_____,        Case No. __09-37651_____
                Debtor                                                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no.__12__ of __12__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal➤    $    0.00

Total➤    $    0.00
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)