# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF TEXAS

United States Courts
Southern District of Texas
FILED

OCT 3 0 2009

Clerk of Court

IN RE: <u>HAWK FREIGHT LOGISTICS, LLC</u>
       <u>DEBTOR</u>

CASE NO.: 09-37651
CHAPTER: <u>    11    </u>

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

    I, Roger T. Rumsey, President named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Pending suits and that it is true and correct to the best of my information and belief.

Executed on this the 22nd day of October, 2009.

*[signature]*
Roger T. Rumsey
President

# DOCKET SHEET AND CASE TRACKING

9:48 AM 10/22/2009

| DOCKET NUMBER | CASE STYLE | COUNTY | COURT | NEXT ACTION DATE | NEXT ACTION/NOTES | MISC. |
|---|---|---|---|---|---|---|
| 939200 | MASON AND DIXON LINES, INC. AND LOUISIANA TRANSPORT, INC. V. SHERRY WOOD DBA HAWK LOGISTICS | TARRANT | CCL2 | | HAVE NOT BEEN SERVED BUT SUIT IS FILED | |
| 2009073552 | BLAKEMAN TRANSPORTATION, INC. V. SHERRY WOOD, ROGER RUMSEY AND HAWK LOGISTICS | TARRANT | CCL3 | | PENDING ARBITRATION | |
| | HAWK LOGISTICS V. 3-D WHEELS | HARRIS | | | WE HAVE A WAREHOUSEMANS LIEN FOR $18,825.00 AND POSSESSION OF WHEELS THAT ARE VALUED AT $10,000.00 | |
| 19089 | HAWK LOGISTICS V. DC WRECKER | HARRIS | NONE | | COMPLAINT FILED WITH STATE LICENSING BOARD LAWSUIT NOT FILED FOR $30,000 + | |
| SC52C0281691 | C PLAIR TRUCKING V. HAWK LOGISTICS/ROGER RUMSEY | HARRIS | PCT 5 PLC 2 | | PENDING | |
| CV-42416 | FLEETWOOD TRANSPORTATION SERVICES, INC. V. ROGER RUMSEY AND HAWK FREIGHT LOGISTICS, LLC | ANGELINA | DC 217 | | DISMISSED AND TRANSFERRED TO HARRIS COUNTY AND COMBINED WITH 932,941 | |
| 932,941 | FLEETWOOD TRANSPORTATION SERVICES, INC. V. SHERY WOOD DBA HAWK LOGISTICS | HARRIS | CCL2 | | DEFAULT JUDGEMENT IN PLACE PENDING BILL OF REVIEW | |
| 944,008 | SHERRY WOOD DBA HAWK LOGISTICS V. FLEETWOOD TRANSPORTATION SERVICES, INC. | HARRIS | CCL2 | * | BILL OF REVIEW ON FILE PENDING COURT DECISION | |
| 927160 | WOKO TRANSPORTATION, INC. V. ROGER RUMSEY, HAWK BROKERAGE, SHERRY WOOD AND HAWK LOGISTICS | HARRIS | CCL3 | | PENDING | |
| DC-09-05706-M | ADVANCE BUSINESS CAPITAL, LLC V. ROGER RUMSEY DBA HAWK LOGISTICS | DALLAS | DC298 | | DEFAULT JUDGEMENT IN PLACE PENDING MOTION FOR NEW TRIAL TIMELY FILED | |
| CC-09-04960-D | BRIGHT TRUCK LEASING V. ROGER RUMSEY DBA HAWK LOGISTICS | DALLAS | CCL4 | | PENDING | |
| 943,072 | DASH PACK EXPRESS DBA FREIGHT SHIP EXPRESS V. ROGER RUMSEY DBA H.L. | HARRIS | CCL4 | | PENDING | |
| 946,722 | MATSON TRANSPORTATION SERVICES V. HAWK LOGISTICS | HARRIS | CCL4 | | PENDING | |
| 945,576 | ABSOLUTE TEAM SPORTS LTD. VS. HAWK FREIGHT LOGISTICS, LLC ET AL | HARRIS | CCL4 | | PEDNING | |
| CV12C0094220 | HOUSTON CHRONICLE V. HAWK FREIGHT LOGISTICS, LLC | HARRIS | JP1 PL2 | | PENDING | |
| 09-07245A | LANDAIR EXPRESS, INC. V. HAWK FREIGHT LOGISTICS, LLC | DALLAS | CCL1 | | PENDING | |
| 09-070322-C | LANDSTAR SYSTEMS, INC. V HAWK FREIGHT LOGISTICS LLC | DALLAS | CCL3 | | PENDING | |
| 948,418 | HAWK LOGISTICS V. TROY CONSTRUCTION ET AL | HARRIS | CCL2 | * | PENDING | $6,425.00 |
| * | INDICATES WE ARE THE PLAINTIFF | | | | | |