25C (Official Form 25C) (12/08)

# UNITED STATES BANKRUPTCY COURT
Southern District of Texas

United States Courts
Southern District of Texas
FILED
APR 19 2010
Clerk of Court

In re   HAWK FREIGHT LOGISTICS, LLC   ,              Case No. 09-37651
           *Debtor*

Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month: DECEMBER                          Date filed: 03/26/2010

Line of Business: TRANSPORTATION         NAISC Code:

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

_[signature]_
Original Signature of Responsible Party

ROGER TODD RUMSEY
Printed Name of Responsible Party

**Questionnaire:** *(All questions to be answered on behalf of the debtor.)*

| | | Yes | No |
|---|---|:---:|:---:|
| 1. | IS THE BUSINESS STILL OPERATING? | ☑ | ☐ |
| 2. | HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | ☑ | ☐ |
| 3. | DID YOU PAY YOUR EMPLOYEES ON TIME? | ☑ | ☐ |
| 4. | HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ☑ | ☐ |
| 5. | HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH | ☑ | ☐ |
| 6. | HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | ☑ | ☐ |
| 7. | HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☑ | ☐ |
| 8. | DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ☑ | ☐ |
| 9. | ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | ☑ | ☐ |
| 10. | HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☐ | ☑ |
| 11. | DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☑ | ☐ |
| 12. | HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ☑ |
| 13. | DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☐ | ☑ |

Page 2

B 25C (Official Form 25C) (12/08)

| | | Yes | No |
|---|---|---|---|
| 14. | HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH? | ☐ | ☑ |
| 15. | DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? | ☐ | ☑ |
| 16. | HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? | ☐ | ☑ |
| 17. | HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH? | ☐ | ☑ |
| 18. | HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? | ☐ | ☑ |

## TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS?   ☐   ☑

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

*(Exhibit A)*

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL INCOME    $    21,796.13

### SUMMARY OF CASH ON HAND

| | | |
|---|---|---|
| Cash on Hand at Start of Month | $ | 3,901.31 |
| Cash on Hand at End of Month | $ | -1,085.10 |
| PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU    TOTAL | $ | -1,085.10 |

*(Exhibit B)*

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL EXPENSES    $    26,782.54

*(Exhibit C)*

## CASH PROFIT

| | | |
|---|---|---|
| INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)* | $ | 21,796.13 |
| EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)* | $ | 26,782.54 |
| *(Subtract Line C from Line B)*    **CASH PROFIT FOR THE MONTH** | $ | -4,986.41 |

B 25C (Official Form 25C) (12/08)

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID. THE LIST MUST INCLUDE THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE DEBT AND WHEN THE DEBT IS DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL PAYABLES  $  0.00

*(Exhibit D)*

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD. YOU SHOULD INCLUDE WHO OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL RECEIVABLES  $  11,054.62

*(Exhibit E)*

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED BY THIS REPORT.

*(Exhibit F)*

## EMPLOYEES

NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED?  3

NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT?  2

## PROFESSIONAL FEES

*BANKRUPTCY RELATED:*

PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD?  $  0.00

TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE?  $  0.00

*NON-BANKRUPTCY RELATED:*

PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD?  $  0.00

TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE?  $  0.00

## PROJECTIONS

COMPARE YOUR ACTUAL INCOME AND EXPENSES TO THE PROJECTIONS FOR THE FIRST 180 DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

|  | Projected | Actual | Difference |
|---|---|---|---|
| INCOME | $ 60,000.00 | $ 21,796.13 | $ -21,196.13 |
| EXPENSES | $ 24,681.00 | $ 26,782.54 | $ -2,101.54 |
| CASH PROFIT | $ 24,081.00 | $ -4,986.41 | $ -19,094.59 |

TOTAL PROJECTED INCOME FOR THE NEXT MONTH: $ 30,000.00

TOTAL PROJECTED EXPENSES FOR THE NEXT MONTH: $ 24,000.00

TOTAL PROJECTED CASH PROFIT FOR THE NEXT MONTH: $ 6,000.00

## ADDITIONAL INFORMATION

**PLEASE ATTACH ALL FINANCIAL REPORTS INCLUDING AN INCOME STATEMENT AND BALANCE SHEET WHICH YOU PREPARE INTERNALLY.**



Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

Page 1 of 6
Statement Period
12/01/09 through 12/31/09
E0  P PA  0A 51                    0275232
Enclosures 0
Account Number  5860 0351 6170

04099 001 SCM999 I 234 0

HAWK FREIGHT LOGISTICS LLC
DBA HAWK LOGISTICS
MAIN ACCOUNT
PO BOX 62409
HOUSTON TX 77205-2409

Our free Online Banking service allows you to check balances, track account activity, pay bills and more.
With Online Banking you can also view up to 18 months of this statement online.
Enroll at www.bankofamerica.com/smallbusiness.

## Customer Service Information
### www.bankofamerica.com

For additional information or service, you may call:
1.888.BUSINESS (1.888.287.4637)

Or you may write to:
Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

Bank of America would like to remind our small business account holders that accounts may not be used for illegal transactions, for example those prohibited by the Unlawful Internet Gambling Enforcement Act 31 U.S.C. Section 5361 et. seq.

Page 2 of 6
Statement Period
12/01/09 through 12/31/09
E0   P PA   0A 51
Enclosures 0
Account Number   5860 0351 6170

HAWK FREIGHT LOGISTICS LLC
DBA HAWK LOGISTICS
MAIN ACCOUNT

## Deposit Accounts

## Business Economy Checking

### HAWK FREIGHT LOGISTICS LLC   DBA HAWK LOGISTICS
### MAIN ACCOUNT

### Your Account at a Glance

| | | | |
|---|---|---|---|
| Account Number | 5860 0351 6170 | Statement Beginning Balance | $3,901.31 |
| Statement Period | 12/01/09 through 12/31/09 | Amount of Deposits/Credits | $21,796.13 |
| Number of Deposits/Credits | 11 | Amount of Withdrawals/Debits | $26,782.54 |
| Number of Withdrawals/Debits | 111 | Statement Ending Balance | $1,085.10- |
| Number of Deposited Items | 8 | | |
| Number of Days in Cycle | 31 | Average Ledger Balance | $2,338.97 |
| | | Service Charge | $0.00 |

Congratulations! You have had 62 qualifying Bank of America Small Business Check Card transaction(s) post to your account during the previous monthly statement period. You have successfully achieved your target and the monthly maintenance fee on your business checking account has been waived.

### Deposits and Credits

| Date Posted | Amount ($) | Description | Bank Reference |
|---|---|---|---|
| 12/02 | 3,769.20 | BkofAmerica ATM 12/02 #000004846 Deposit Greenspoint Moto   Houston   TX | 950612020004846 |
| 12/07 | 655.10 | Counter Credit | 813009030733566 |
| 12/09 | 5,962.67 | Counter Credit | 813009330141204 |
| 12/11 | 4,672.65 | BkofAmerica ATM 12/11 #000005431 Deposit Cypressdale   Spring   TX | 950612110005431 |
| 12/11 | 52.00 | NSF/OD Fee Refund Fdes Nmo 0006576 Nbki73B | 945012115760001 |
| 12/14 | 3,157.83 | BkofAmerica ATM 12/14 #000005837 Deposit Cypressdale   Spring   TX | 950612140005837 |
| 12/14 | 59.48 | CheckCard 1213 Spring Creek Klein Spring   TX 74341299347116033018794 | 905712131557843 |
| 12/22 | 1,975.00 | Counter Credit | 813009030016695 |
| 12/24 | 908.91 | BkofAmerica ATM 12/24 #000001561 Deposit Greenspoint Moto   Houston   TX | 950612240001561 |
| 12/28 | 56.12 | CheckCard 1223 Jcpenney Store 2763 The Woodlandstx 74299169358906034821813 | 905712231772139 |
| 12/29 | 527.17 | Return Of Posted Check / Item (Received On 12-28) Check #0000001038 | 934812280008289 |

Page 3 of 6
Statement Period
12/01/09 through 12/31/09
E0  P PA  0A 51
Enclosures 0
Account Number  5860 0351 6170

0275234

HAWK FREIGHT LOGISTICS LLC
DBA HAWK LOGISTICS
MAIN ACCOUNT

## Withdrawals and Debits
### Checks

| Check Number | Amount ($) | Date Posted | Bank Reference | Check Number | Amount ($) | Date Posted | Bank Reference |
|---|---|---|---|---|---|---|---|
| 1008 | 125.00 | 12/08 | 813009792843477 | 1028 | 3,000.00 | 12/16 | 813009330204276 |
| 1012* | 640.00 | 12/04 | 813007633508292 | 1029 | 56.68 | 12/21 | 813007633081469 |
| 1013 | 640.00 | 12/07 | 813009192631553 | 1030 | 50.00 | 12/17 | 813008392107009 |
| 1016* | 1,728.90 | 12/01 | 813009030429140 | 1031 | 640.00 | 12/21 | 813009692058221 |
| 1018* | 20.29 | 12/03 | 813008792129633 | 1032 | 640.00 | 12/21 | 813007633081466 |
| 1019 | 800.00 | 12/03 | 813005992228942 | 1033 | 500.00 | 12/21 | 813009430339275 |
| 1020 | 150.00 | 12/03 | 813009992334291 | 1034§§ | 137.50 | 12/31 | 813009292558051 |
| 1021 | 120.00 | 12/03 | 813007633313136 | 1035 | 61.00 | 12/22 | 813008792816823 |
| 1022 | 545.00 | 12/04 | 813008992268847 | 1036 | 900.00 | 12/28 | 813006092558544 |
| 1023 | 500.00 | 12/07 | 813009430888109 | 1037 | 330.00 | 12/22 | 813007633194576 |
| 1024 | 494.69 | 12/14 | 813002992353889 | 1038 | 527.17 | 12/28 | 813009430227893 |
| 1025 | 2,500.00 | 12/10 | 813009430742688 | 1039 | 973.71 | 12/28 | 813009030819879 |
| 1026 | 500.00 | 12/10 | 813008992553770 | 1041* | 640.00 | 12/24 | 813007633331492 |
| 1027 | 640.00 | 12/11 | 813007633269992 | 1042 | 150.00 | 12/28 | 813007633548333 |

\* Gap in sequential check numbers.

### Other Debits

| Date Posted | Amount ($) | Description | Bank Reference |
|---|---|---|---|
| 12/02 | 1,417.36 | Acs Sls    Des:Expertpay  ID:xxxxx5185    Indn:Hawk Logistics, Llc    Co ID:1131996647 Ccd | 902536002142804 |
| 12/03 | 703.63 | Comcast    Des:Comcast    ID:3150408469    Indn:#,Hawk Logistics    Co ID:C877770000 Tel | 902536005365741 |
| 12/07 | 100.00 | TX Tlr cash withdrawal from Chk 6170 Banking Ctr Cypressdale    #0000462 TX Confirmation# 4121322849 | 957612079949598 |
| 12/08 | 35.00 | Overdraft Item Fee For Activity Of 12-07 Electronic Transaction | 934812070014391 |
| 12/08 | 35.00 | Overdraft Item Fee For Activity Of 12-07 Electronic Transaction | 934812070014392 |
| 12/08 | 35.00 | Overdraft Item Fee For Activity Of 12-07 Electronic Transaction | 934812070014393 |
| 12/08 | 35.00 | Overdraft Item Fee For Activity Of 12-07 Check #0000001023 | 934812070014390 |
| 12/09 | 35.00 | Overdraft Item Fee For Activity Of 12-08 Electronic Transaction | 934812080009216 |
| 12/09 | 35.00 | Overdraft Item Fee For Activity Of 12-08 Check #0000001008 | 934812080009215 |
| 12/10 | 500.00 | American Express Des:Web Remit  ID:091210061708865    Indn:Roger Rumsey    Co ID:1133133497 Web | 902544006153317 |
| 12/11 | 250.00 | Att    Des:Payment    ID:xxxxx8001Ecaro    Indn:Hawk Freight Logistics    Co ID:9864031003 Tel | 902545007434368 |
| 12/17 | 200.00 | Credit First NA  Des:Cfna Pymt  ID:xxxxx2772    Indn:    Roger Rumsey    Co ID:9041202980 Ppd | 902550005670863 |
| 12/17 | 16.84 | Grn Mtn Energy   Des:Energy Svs ID:1565788    Indn:Roger *rumsey    Co ID:0000478644 Ccd | 902550006434395 |
| 12/18 | 38.11 | Cpenergy Entex   Des:Ent ACH Eb ID:000004482926    Indn:Bank Of America    Co ID:xxxxx0564A Ppd | 902551010627235 |
| 12/29 | 35.00 | Overdraft Item Fee For Activity Of 12-28 Electronic Transaction | 934812280013585 |
| 12/29 | 35.00 | Overdraft Item Fee For Activity Of 12-28 Electronic Transaction | 934812280013586 |

Page 4 of 6
Statement Period
12/01/09 through 12/31/09
E0  P PA  0A 51
Enclosures 0
Account Number  5860 0351 6170

HAWK FREIGHT LOGISTICS LLC
DBA HAWK LOGISTICS
MAIN ACCOUNT

## Withdrawals and Debits - Continued
### Other Debits

| Date Posted | Amount ($) | Description | Bank Reference |
|---|---|---|---|
| 12/29 | 35.00 | Overdraft Item Fee For Activity Of 12-28 Check #0000001036 | 934812280013584 |
| 12/29 | 35.00 | NSF: Returned Item Fee For Activity Of 12-28 Check #0000001038 | 934812280092553 |
| 12/30 | 35.00 | Overdraft Item Fee For Activity Of 12-29 Electronic Transaction | 934812290011400 |
| 12/30 | 35.00 | Overdraft Item Fee For Activity Of 12-29 Electronic Transaction | 934812290011401 |
| 12/31 | 1.21 | Interest on Uncollected Balances | |
| **Card Account # 4635 7200 0728 2021:** | | | |
| 12/24 | 440.05 | Wal-Mart #0849   12/24 #000879166 Purchase | 950612240879166 |
| 12/24 | 33.53 | Wal-Mart #1103   12/24 #000652494 Purchase | 950612240652494 |
| 12/24 | 33.00 | Wal-Mart #0849   12/24 #000579908 Purchase | 950612240579908 |
| 12/24 | 26.60 | Petsmart Inc 2  12/24 #000313599 Purchase | 950612240313599 |
| 12/28 | 43.00 | Shell Service    12/28 #000652579 Purchase | 950612280652579 |
| 12/28 | 40.00 | Heb Gas #610    12/28 #000885114 Purchase | 950612280885114 |
| 12/28 | 35.55 | Kroger 1461 Sp  12/24 #000821347 Purchase | 950612240821347 |
| 12/29 | 19.50 | CheckCard   1227 Silverado 19 Imax | 905712270799532 |
| 12/29 | 14.86 | CheckCard   1228 Juanitos Taqueria | 905712281269244 |
| **Subtotal** | **686.09** | | |
| **Card Account # 4635 7200 0742 9010:** | | | |
| 12/01 | 87.00 | Kroger 24401 B   12/01 #000329633 Purchase | 950612010329633 |
| 12/01 | 80.71 | CheckCard   1129 China Bear North | 905711290404280 |
| 12/01 | 75.00 | Shell Service    12/01 #000785374 Purchase | 950612010785374 |
| 12/01 | 66.00 | Murphy7015Atwa  12/01 #000128201 Purchase | 950612010128201 |
| 12/01 | 26.50 | CheckCard   1129 Cinemark USA      Q36 | 905711290360734 |
| 12/01 | 18.25 | CheckCard   1129 Cinemark USA      Q36 | 905711290360508 |
| 12/01 | 3.87 | Shell Service    12/01 #000186560 Purchase | 950612010186560 |
| 12/02 | 100.00 | BkofAmerica ATM 12/02 #000004920 Withdrwl | 950612020004920 |
| 12/02 | 10.00 | CheckCard   1130 Cinemarkmarkets#356Q31 | 905711300352240 |
| 12/03 | 220.00 | BkofAmerica ATM 12/03 #000005206 Withdrwl | 950612030005206 |
| 12/03 | 75.00 | CheckCard   1201 Exxonmobil     45494325 | 905712010139453 |
| 12/03 | 17.28 | CheckCard   1201 Hooters Mcallen #34 | 905712010875138 |
| 12/04 | 160.00 | BkofAmerica ATM 12/04 #000005556 Withdrwl | 950612040005556 |
| 12/04 | 54.00 | Kroger 18518 K   12/04 #000055905 Purchase | 950612040055905 |
| 12/04 | 34.26 | CheckCard   1202 Mom's Country Kitchen | 905712020659710 |
| 12/07 | 75.12 | CheckCard   1203 Brick House #290 | 905712030464344 |
| 12/07 | 47.11 | CheckCard   1205 Wingstop | 905712050603796 |
| 12/07 | 19.49 | Mcdonald's F69   12/07 #000153875 Purchase | 950612070153875 |
| 12/08 | 93.85 | CheckCard   1207 Twin Air/Statewide | 905712071357121 |
| 12/11 | 48.00 | Kroger 18518 K   12/11 #000442823 Purchase | 950612110442823 |
| 12/14 | 103.48 | CheckCard   1211 Zekes Inspections Plus, | 905712111495052 |
| 12/14 | 100.00 | BkofAmerica ATM 12/14 #000005838 Withdrwl | 950612140005838 |
| 12/14 | 59.48 | CheckCard   1211 Spring Creek Klein | 905712111265621 |
| 12/14 | 51.00 | Kroger 18518 K   12/14 #000730193 Purchase | 950612140730193 |
| 12/14 | 19.20 | CheckCard   1211 Whataburger 903    Q26 | 905712111227427 |
| 12/15 | 200.00 | Chevron/Hp #22  12/15 #000555411 Purchase | 950612150555411 |
| 12/15 | 12.96 | Chevron/Hp #22  12/15 #000424372 Purchase | 950612150424372 |
| 12/15 | 12.69 | Chevron/Hp #22  12/15 #000403017 Purchase | 950612150403017 |
| 12/16 | 202.47 | Chevron/Hp #22  12/16 #000923474 Purchase | 950612160923474 |
| 12/16 | 200.00 | Chevron/Hp #22  12/16 #000116568 Purchase | 950612160116568 |
| 12/16 | 154.50 | CheckCard   1214 Hctra Violations Csr | 905712140490282 |
| 12/16 | 120.00 | BkofAmerica ATM 12/15 #000007234 Withdrwl | 950612150007234 |
| 12/16 | 69.50 | Chevron/Saab P  12/15 #000639691 Purchase | 950612150639691 |

Page 5 of 6
Statement Period
12/01/09 through 12/31/09
E0  P PA  0A 51                    0275236
Enclosures 0
Account Number  5860 0351 6170

HAWK FREIGHT LOGISTICS LLC
DBA HAWK LOGISTICS
MAIN ACCOUNT

## Withdrawals and Debits - Continued
### Other Debits

| Date Posted | Amount ($) | Description | Bank Reference |
|---|---|---|---|
| 12/16 | 61.75 | Aldine Food St   12/16 #000405494 Withdrwl | 950612160405494 |
| 12/16 | 57.00 | Wal-Mart #4298   12/16 #000766565 Purchase | 950612160766565 |
| 12/16 | 2.00 | Aldine Food St   12/16 #000405494 Withdrwl | 950612160405494 |
| 12/17 | 280.00 | BkofAmerica ATM 12/17 #000008709 Withdrwl | 950612170008709 |
| 12/17 | 105.44 | Wal-Mart #4298   12/17 #000482305 Purchase | 950612170482305 |
| 12/17 | 4.50 | CheckCard  1216 City Of Houston Parkin | 905712161527545 |
| 12/18 | 84.19 | Wal-Mart #1837   12/18 #000480472 Purchase | 950612180480472 |
| 12/18 | 52.00 | Murphy7040Atwa   12/18 #000162246 Purchase | 950612180162246 |
| 12/18 | 19.71 | CheckCard  1217 Panchos - Humble | 905712171115017 |
| 12/18 | 17.08 | CheckCard  1216 Hartz Chicken #117  Q19 | 905712160908454 |
| 12/18 | 4.10 | CheckCard  1217 City Of Houston Parkin | 905712171534843 |
| 12/21 | 28.71 | CheckCard  1219 Godfathers Pizza | 905712191068758 |
| 12/21 | 25.63 | CheckCard  1218 Bravos Mexican Restaura | 905712181440859 |
| 12/22 | 400.00 | BkofAmerica ATM 12/22 #000009300 Withdrwl | 950612220009300 |
| 12/22 | 105.44 | Wal-Mart #0849   12/22 #000795943 Purchase | 950612220795943 |
| 12/23 | 82.00 | Shell Service    12/23 #000368672 Purchase | 950612230368672 |
| 12/23 | 62.00 | Heb Gas #610     12/23 #000813008 Purchase | 950612230813008 |
| 12/24 | 228.15 | CheckCard  1222 Louetta Walmart Branch | 905712220950900 |
| 12/24 | 75.75 | CheckCard  1223 269 - Helzberg Diamonds | 905712231433426 |
| 12/28 | 127.19 | CheckCard  1223 Kobe Japanese Stkhouse | 905712230896613 |
| **Subtotal** | **4,439.36** | | |

### Daily Ledger Balances

| Date | Balance ($) | Date | Balance ($) | Date | Balance ($) |
|---|---|---|---|---|---|
| 12/01 | 1,815.08 | 12/11 | 5,611.31 | 12/23 | 2,079.47 |
| 12/02 | 4,056.92 | 12/14 | 8,000.77 | 12/24 | 1,511.30 |
| 12/03 | 1,950.72 | 12/15 | 7,775.12 | 12/28 | 1,229.20 - |
| 12/04 | 517.46 | 12/16 | 3,907.90 | 12/29 | 876.39 - |
| 12/07 | 209.16 - | 12/17 | 3,251.12 | 12/30 | 946.39 - |
| 12/08 | 568.01 - | 12/18 | 3,035.93 | 12/31 | 1,085.10 - |
| 12/09 | 5,324.66 | 12/21 | 1,144.91 | | |
| 12/10 | 1,824.66 | 12/22 | 2,223.47 | | |

# Hawk Freight Logistics, LLC   D/B/A Hawk Logistics
## Balance Sheet
### As of December 31, 2009

|  | Dec 31, 09 |
|---|---:|
| **ASSETS** | |
|   Current Assets | |
|     Checking/Savings | |
|       Bank of America | -1,085.10 |
|     Total Checking/Savings | -1,085.10 |
|     Accounts Receivable | |
|       Accounts Receivable | 11,054.62 |
|     Total Accounts Receivable | 11,054.62 |
|   Total Current Assets | 9,969.52 |
| **TOTAL ASSETS** | **9,969.52** |
| **LIABILITIES & EQUITY** | |
|   Liabilities | |
|     Current Liabilities | |
|       Credit Cards | |
|         Credit Cards | |
|           American Express | -500.00 |
|         Total Credit Cards | -500.00 |
|       Total Credit Cards | -500.00 |
|     Total Current Liabilities | -500.00 |
|   Total Liabilities | -500.00 |
|   Equity | |
|     Members Draw | -11,434.80 |
|     Opening Balance Equity | 500.00 |
|     Net Income | 21,404.32 |
|   Total Equity | 10,469.52 |
| **TOTAL LIABILITIES & EQUITY** | **9,969.52** |

11:46 AM
03/25/10

# Hawk Freight Logistics, LLC D/B/A Hawk Logistics
## A/R Aging Detail
### As of December 31, 2009

| Type | Date | Num | P.O. # | Name | Terms | Due Date | Aging | Open Balance |
|---|---|---|---|---|---|---|---|---|
| **Current** | | | | | | | | |
| Invoice | 12/11/2009 | 8476-... | 6854 | PEARLAND INDUS... | | 12/11/2009 | 20 | 1,050.00 |
| Invoice | 12/11/2009 | 8477-... | 6876 | PEARLAND INDUS... | | 12/11/2009 | 20 | 1,050.00 |
| Invoice | 12/11/2009 | 8479-... | 73056 | AMERICAN DOOR ... | | 12/11/2009 | 20 | 95.20 |
| Invoice | 12/11/2009 | 8480-... | 71667-71665 | AMERICAN DOOR ... | | 12/11/2009 | 20 | 127.69 |
| Invoice | 12/11/2009 | 8481-... | 73119 | AMERICAN DOOR ... | | 12/11/2009 | 20 | 95.20 |
| Invoice | 12/11/2009 | 8482-... | 78290 | AMERICAN DOOR ... | | 12/11/2009 | 20 | 660.15 |
| Invoice | 12/11/2009 | 8483-... | 64002vt | AMERICAN DOOR ... | | 12/11/2009 | 20 | 650.00 |
| Invoice | 12/11/2009 | 8484-... | 73377 | AMERICAN DOOR ... | | 12/11/2009 | 20 | 104.46 |
| Invoice | 12/11/2009 | 8486-... | 72889 | AMERICAN DOOR ... | | 12/17/2009 | 14 | 243.49 |
| Invoice | 12/17/2009 | 8487-... | 62058-VT | AMERICAN DOOR ... | | 12/17/2009 | 14 | 170.93 |
| Invoice | 12/17/2009 | 8488-... | 73225 | AMERICAN DOOR ... | | 12/17/2009 | 14 | 135.18 |
| Invoice | 12/17/2009 | 8489-... | 73231732307322B | AMERICAN DOOR ... | | 12/17/2009 | 14 | 359.68 |
| Invoice | 12/17/2009 | 8490-... | 72752 | AMERICAN DOOR ... | | 12/17/2009 | 14 | 113.05 |
| Invoice | 12/17/2009 | 8491-... | 73247 | AMERICAN DOOR ... | | 12/17/2009 | 14 | 103.96 |
| Invoice | 12/17/2009 | 8492-... | 73148-73199 | AMERICAN DOOR ... | | 12/17/2009 | 14 | 168.59 |
| Invoice | 12/17/2009 | 8493-... | 73433 | AMERICAN DOOR ... | | 12/17/2009 | 14 | 95.20 |
| Invoice | 12/21/2009 | 8494-... | 73721 | AMERICAN DOOR ... | | 12/21/2009 | 10 | 89.25 |
| Invoice | 12/21/2009 | 8495-... | 63064-VT-62062- | AMERICAN DOOR ... | | 12/21/2009 | 10 | 215.44 |
| Invoice | 12/21/2009 | 8496-... | 73200 | AMERICAN DOOR ... | | 12/21/2009 | 10 | 375.00 |
| Invoice | 12/21/2009 | 8497-... | 45473274 | GREENE, TWEED ... | | 12/21/2009 | 10 | 136.25 |
| Invoice | 12/21/2009 | 8498-... | 45481118 | GREENE, TWEED ... | | 12/21/2009 | 10 | 375.00 |
| Invoice | 12/21/2009 | 8499-... | 45481009 | GREENE, TWEED ... | | 12/21/2009 | 10 | 2,201.42 |
| Invoice | 12/21/2009 | 8500-... | 786179line020 | Green Tweed & Co ... | | 12/21/2009 | 10 | 379.23 |
| Invoice | 12/21/2009 | 8501-... | 72895 | AMERICAN DOOR ... | | 12/21/2009 | 10 | 17.50 |
| Invoice | 10/7/2009 | 8416-... | 1173115 | ADMINISTAFF | | 12/28/2009 | 3 | 50.00 |
| Invoice | 10/18/2009 | 8425-... | 1173116 | ADMINISTAFF | | 12/28/2009 | 3 | 26.00 |
| Invoice | 10/18/2009 | 8427-... | 1173117 | ADMINISTAFF | | 12/28/2009 | 3 | 26.00 |
| Invoice | 10/18/2009 | 8428-... | 1173118 | ADMINISTAFF | | 12/28/2009 | 3 | 26.50 |
| Invoice | 10/28/2009 | 8442-... | 1173114 | ADMINISTAFF | | 12/28/2009 | 3 | 1,825.00 |
| Invoice | 12/28/2009 | 8505-... | Minkota Project | FASTORQ BOLTIN... | | 12/28/2009 | 3 | |
| **Total Current** | | | | | | | | 11,054.62 |
| **1 - 30** | | | | | | | | |
| **Total 1 - 30** | | | | | | | | |
| **31 - 60** | | | | | | | | |
| **Total 31 - 60** | | | | | | | | |
| **61 - 90** | | | | | | | | |
| **Total 61 - 90** | | | | | | | | |
| **> 90** | | | | | | | | |
| **Total > 90** | | | | | | | | |
| **TOTAL** | | | | | | | | 11,054.62 |

**Hawk Freight Logistics, LLC   D/B/A Hawk Logistics**   3/25/2010 11:44 AM

Register: Bank of America
From 12/01/2009 through 12/31/2009
Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|---|---|---|---|---|---|---|---|---|
| 12/01/2009 | DEBIT | CHECKCARD | Automobile Expense | GAS | 87.00 | X | | 3,814.31 |
| 12/01/2009 | DEBIT | CHINA BEAR | Meals and Entertainment | | 80.71 | X | | 3,733.60 |
| 12/01/2009 | DEBIT | SHELL | Automobile Expense | gas | 75.00 | X | | 3,658.60 |
| 12/01/2009 | DEBIT | MURPHY'S | Automobile Expense | gas | 66.00 | X | | 3,592.60 |
| 12/01/2009 | DEBIT | CHECKCARD | Meals and Entertainment | ENTERTAIN... | 26.50 | X | | 3,566.10 |
| 12/01/2009 | DEBIT | CHECKCARD | Meals and Entertainment | ENTERTAIN... | 18.25 | X | | 3,547.85 |
| 12/01/2009 | DEBIT | SHELL | Automobile Expense | | 3.87 | X | | 3,543.98 |
| 12/01/2009 | DEBIT | CASH | Members Draw | | 100.00 | X | | 3,443.98 |
| 12/01/2009 | DEBIT | CHECKCARD | Meals and Entertainment | ENTERTAIN... | 10.00 | X | | 3,433.98 |
| 12/02/2009 | DEP | CASH | Income/HAWK LOGI... | | | X | 3,769.20 | 7,203.18 |
| 12/02/2009 | DEBIT | EXPERT PAY | Child Support | | 1,417.36 | X | | 5,785.82 |
| 12/03/2009 | DEBIT | COMCAST | Communication | | 703.63 | X | | 5,082.19 |
| 12/03/2009 | DEBIT | CASH | Members Draw | | 220.00 | X | | 4,862.19 |
| 12/03/2009 | DEBIT | EXXON | Automobile Expense | GAS | 75.00 | X | | 4,787.19 |
| 12/03/2009 | DEBIT | HOOTERS | Meals and Entertainment | | 17.28 | X | | 4,769.91 |
| 12/04/2009 | | | Undeposited Funds | Deposit | | X | 1,711.36 | 6,481.27 |
| 12/04/2009 | DEP | CASH | Income/HAWK LOGI... | OLD INV PD ... | | X | 4,251.31 | 10,732.58 |
| 12/04/2009 | DEBIT | CASH | Members Draw | | 160.00 | X | | 10,572.58 |
| 12/04/2009 | DEBIT | KROGER | Automobile Expense | GAS | 54.00 | X | | 10,518.58 |
| 12/04/2009 | DEBIT | MOM'S KITCHEN | Meals and Entertainment | | 34.26 | X | | 10,484.32 |
| 12/07/2009 | DEP | CASH | Income/HAWK LOGI... | OLD INV | | X | 655.10 | 11,139.42 |
| 12/07/2009 | DEBIT | CASH | Members Draw | | 100.00 | X | | 11,039.42 |
| 12/07/2009 | DEBIT | BRICKHOUSE | Meals and Entertainment | | 75.12 | X | | 10,964.30 |
| 12/07/2009 | DEBIT | WINGSTOP | Meals and Entertainment | | 47.11 | X | | 10,917.19 |
| 12/07/2009 | DEBIT | CHECKCARD | Meals and Entertainment | MCDONALD | 19.49 | X | | 10,897.70 |
| 12/08/2009 | DEBIT | CHECKCARD | Freight | TOWN AIR | 93.85 | X | | 10,803.85 |
| 12/08/2009 | FEE | BANK OF AMERICA | Bank Service Charges | OVERDRAFT ... | 35.00 | X | | 10,768.85 |
| 12/08/2009 | FEE | BANK OF AMERICA | Bank Service Charges | OVERDRAFT ... | 35.00 | X | | 10,733.85 |
| 12/08/2009 | FEE | BANK OF AMERICA | Bank Service Charges | OVERDRAFT ... | 35.00 | X | | 10,698.85 |
| 12/08/2009 | FEE | BANK OF AMERICA | Bank Service Charges | OVERDRAFT ... | 35.00 | X | | 10,663.85 |
| 12/08/2009 | 1008 | ANTONIO MALDO... | Contract Labor | | 125.00 | X | | 10,538.85 |
| 12/08/2009 | 1012 | Wayne Duncan | Contract Labor | | 640.00 | X | | 9,898.85 |
| 12/08/2009 | 1013 | SANDRA BROOKS... | Contract Labor | | 640.00 | X | | 9,258.85 |
| 12/08/2009 | 1016 | LUFTHANSA | Freight | | 1,728.90 | X | | 7,529.95 |
| 12/08/2009 | 1018 | TEXAS STATE CO... | Taxes:IFTA | IFTA TAX | 20.29 | X | | 7,509.66 |
| 12/08/2009 | 1019 | Dixie Freight | Freight | | 800.00 | X | | 6,709.66 |
| 12/08/2009 | 1020 | ABC CARE | Automobile Expense | | 150.00 | X | | 6,559.66 |
| 12/08/2009 | 1021 | Wayne Duncan | Contract Labor | | 120.00 | X | | 6,439.66 |
| 12/08/2009 | 1022 | EXCLUSIVE NATI... | Freight | | 545.00 | X | | 5,894.66 |
| 12/08/2009 | 1023 | ROGER RUMSEY | Members Draw | | 500.00 | X | | 5,394.66 |

# Hawk Freight Logistics, LLC   D/B/A Hawk Logistics

3/25/2010 11:44 AM

Register: Bank of America  
From 12/01/2009 through 12/31/2009  
Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|---|---|---|---|---|---|---|---|---|
| 12/08/2009 | 1024 | SPRINT | Communication | | 494.69 | X | | 4,899.97 |
| 12/08/2009 | 1025 | ROGER RUMSEY | Members Draw | | 2,500.00 | X | | 2,399.97 |
| 12/08/2009 | 1026 | SANDRA BROOKS... | Contract Labor | | 500.00 | X | | 1,899.97 |
| 12/09/2009 | FEE | BANK OF AMERICA | Bank Service Charges | OVERDRAFT ... | 35.00 | X | | 1,864.97 |
| 12/09/2009 | FEE | BANK OF AMERICA | Bank Service Charges | OVERDRAFT ... | 35.00 | X | | 1,829.97 |
| 12/10/2009 | DEBIT | American Express Cr... | Credit Cards:American... | AM PYMT | 500.00 | X | | 1,329.97 |
| 12/11/2009 | DEP | NSF | Refund | REFUND | | X | 52.00 | 1,381.97 |
| 12/11/2009 | DEP | CASH | Income/HAWK LOGI... | OLD INV | | X | 4,672.65 | 6,054.62 |
| 12/11/2009 | DEBIT | ATT | Communication | | 250.00 | X | | 5,804.62 |
| 12/11/2009 | DEBIT | KROGER | Automobile Expense | GAS | 48.00 | X | | 5,756.62 |
| 12/11/2009 | 1027 | Wayne Duncan | Contract Labor | | 640.00 | X | | 5,116.62 |
| 12/14/2009 | DEP | CASH | Income/HAWK LOGI... | OLD INV FAS... | | X | 3,157.83 | 8,274.45 |
| 12/14/2009 | DEP | CHECKCARD | Refund | SPRING CRE... | | X | 59.48 | 8,333.93 |
| 12/14/2009 | DEBIT | CHECKCARD | Automobile Expense | ZEKES INSPE... | 103.48 | X | | 8,230.45 |
| 12/14/2009 | DEBIT | CASH | Members Draw | | 100.00 | X | | 8,130.45 |
| 12/14/2009 | DEBIT | CHECKCARD | Meals and Entertainment | SPRING CRE... | 59.48 | X | | 8,070.97 |
| 12/14/2009 | DEBIT | KROGER | Automobile Expense | GAS | 51.00 | X | | 8,019.97 |
| 12/14/2009 | DEBIT | CHECKCARD | Meals and Entertainment | WHATABUR... | 19.20 | X | | 8,000.77 |
| 12/15/2009 | DEBIT | CHEVRON | Automobile Expense | GAS | 200.00 | X | | 7,800.77 |
| 12/15/2009 | DEBIT | CHEVRON | Automobile Expense | | 12.96 | X | | 7,787.81 |
| 12/15/2009 | DEBIT | CHEVRON | Automobile Expense | | 12.69 | X | | 7,775.12 |
| 12/16/2009 | DEBIT | CHEVRON | Automobile Expense | gas | 202.47 | X | | 7,572.65 |
| 12/16/2009 | DEBIT | CHEVRON | Automobile Expense | gas | 200.00 | X | | 7,372.65 |
| 12/16/2009 | DEBIT | MISC | Automobile Expense | hctra violations... | 154.50 | X | | 7,218.15 |
| 12/16/2009 | DEBIT | CASH | Freight | | 120.00 | X | | 7,098.15 |
| 12/16/2009 | DEBIT | CHEVRON | Automobile Expense | GAS | 69.50 | X | | 7,028.65 |
| 12/16/2009 | DEBIT | CHECKCARD | Automobile Expense | GAS | 61.75 | X | | 6,966.90 |
| 12/16/2009 | DEBIT | WALMART | Automobile Expense | GAS | 57.00 | X | | 6,909.90 |
| 12/16/2009 | DEBIT | CHECKCARD | Miscellaneous | ALDINE FOO... | 2.00 | X | | 6,907.90 |
| 12/16/2009 | 1028 | ROGER RUMSEY | Members Draw | | 3,000.00 | X | | 3,907.90 |
| 12/17/2009 | DEBIT | Credit First N.A. | Automobile Expense | | 200.00 | X | | 3,707.90 |
| 12/17/2009 | DEBIT | GREEN MOUNTAI... | Utilities | | 16.84 | X | | 3,691.06 |
| 12/17/2009 | DEBIT | CASH | Members Draw | | 280.00 | X | | 3,411.06 |
| 12/17/2009 | DEBIT | WALMART | Members Draw | | 105.44 | X | | 3,305.62 |
| 12/17/2009 | DEBIT | METER PARKING | Automobile Expense | PARKING | 4.50 | X | | 3,301.12 |
| 12/18/2009 | DEBIT | CENTERPOINT EN... | Utilities | centerpoint entex | 38.11 | X | | 3,263.01 |
| 12/18/2009 | DEBIT | WALMART | Members Draw | | 84.19 | X | | 3,178.82 |
| 12/18/2009 | DEBIT | MURPHY'S | Automobile Expense | GAS | 52.00 | X | | 3,126.82 |
| 12/18/2009 | DEBIT | PANCHOS | Meals and Entertainment | | 19.71 | X | | 3,107.11 |
| 12/18/2009 | DEBIT | CHECKCARD | Automobile Expense | PARKING | 4.10 | X | | 3,103.01 |

## Hawk Freight Logistics, LLC   D/B/A Hawk Logistics

Register: Bank of America  
From 12/01/2009 through 12/31/2009  
Sorted by: Date, Type, Number/Ref  

3/25/2010 11:44 AM

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|---|---|---|---|---|---|---|---|---|
| 12/18/2009 | DEBIT | HARTZ CHICKEN | Meals and Entertainment | | 17.08 | X | | 3,085.93 |
| 12/21/2009 | DEBIT | CHECKCARD | Meals and Entertainment | | 28.71 | X | | 3,057.22 |
| 12/21/2009 | DEBIT | BRAVOS MEXICA... | Meals and Entertainment | | 25.63 | X | | 3,031.59 |
| 12/21/2009 | 1029 | Wayne Duncan | Contract Labor | | 56.68 | X | | 2,974.91 |
| 12/21/2009 | 1030 | MICHAEL AYES | Contract Labor | | 50.00 | X | | 2,924.91 |
| 12/21/2009 | 1031 | SANDRA BROOKS... | Contract Labor | | 640.00 | X | | 2,284.91 |
| 12/21/2009 | 1032 | Wayne Duncan | Contract Labor | | 640.00 | X | | 1,644.91 |
| 12/21/2009 | 1033 | ROGER RUMSEY | Members Draw | | 500.00 | X | | 1,144.91 |
| 12/21/2009 | 1034 | SCOTT MARTIN | Insurance Expense | | 137.50 | X | | 1,007.41 |
| 12/21/2009 | 1035 | GERALD GRAY | Contract Labor | 72894 | 61.00 | X | | 946.41 |
| 12/21/2009 | 1036 | DAB TRANSPORT | Freight | | 900.00 | X | | 46.41 |
| 12/21/2009 | 1037 | Wayne Duncan | Contract Labor | | 330.00 | X | | -283.59 |
| 12/21/2009 | 1038 | CARGO IMPORT B... | -split- | | 527.17 | X | | -810.76 |
| 12/21/2009 | 1039 | LUFTHANSA | Freight | | 973.71 | X | | -1,784.47 |
| 12/22/2009 | DEBIT | CASH | Members Draw | | 400.00 | X | | -2,184.47 |
| 12/22/2009 | DEBIT | WALMART | Freight | M.O. | 105.44 | X | | -2,289.91 |
| 12/23/2009 | DEBIT | SHELL | Automobile Expense | GAS | 82.00 | X | | -2,371.91 |
| 12/23/2009 | DEBIT | HEB | Automobile Expense | GAS | 62.00 | X | | -2,433.91 |
| 12/24/2009 | | | Undeposited Funds | Deposit | | X | 700.66 | -1,733.25 |
| 12/24/2009 | DEP | MISC | Income/HAWK LOGI... | OLD INV - PA... | | X | 208.25 | -1,525.00 |
| 12/24/2009 | DEBIT | CHECKCARD | Members Draw | WALMART | 440.05 | X | | -1,965.05 |
| 12/24/2009 | DEBIT | WALMART | Members Draw | | 33.53 | X | | -1,998.58 |
| 12/24/2009 | DEBIT | WALMART | Automobile Expense | GAS | 33.00 | X | | -2,031.58 |
| 12/24/2009 | DEBIT | CHECKCARD | Meals and Entertainment | ENTERTAIN... | 26.60 | X | | -2,058.18 |
| 12/24/2009 | DEBIT | HEB | Automobile Expense | GAS | 40.00 | X | | -2,098.18 |
| 12/24/2009 | DEBIT | KROGER | Members Draw | | 35.55 | X | | -2,133.73 |
| 12/24/2009 | DEBIT | CHECKCARD | Meals and Entertainment | ENTERTAIN... | 19.50 | X | | -2,153.23 |
| 12/24/2009 | DEBIT | CHECKCARD | Meals and Entertainment | MEAL | 14.86 | X | | -2,168.09 |
| 12/24/2009 | DEBIT | WALMART | Members Draw | | 228.15 | X | | -2,396.24 |
| 12/24/2009 | DEBIT | CHECKCARD | Members Draw | HELZBERG | 75.75 | X | | -2,471.99 |
| 12/24/2009 | DEBIT | CHECKCARD | Meals and Entertainment | meal | 127.19 | X | | -2,599.18 |
| 12/24/2009 | 1041 | Wayne Duncan | Contract Labor | | 640.00 | X | | -3,239.18 |
| 12/24/2009 | 1042 | CHRISTOPHER Mc... | Contract Labor | | 150.00 | X | | -3,389.18 |
| 12/28/2009 | | | Undeposited Funds | Deposit | | X | 1,825.00 | -1,564.18 |
| 12/28/2009 | DEP | JC PENNY | Refund | Deposit | | X | 56.12 | -1,508.06 |
| 12/28/2009 | DEP | MISC | Income/HAWK LOGI... | CENTURY B... | | X | 150.00 | -1,358.06 |
| 12/28/2009 | DEBIT | SHELL | Automobile Expense | GAS | 43.00 | X | | -1,401.06 |
| 12/29/2009 | DEP | CARGO IMPORT B... | Freight | RETURN OF ... | | X | 527.17 | -873.89 |
| 12/29/2009 | FEE | BANK OF AMERICA | Bank Service Charges | OVERDRAFT... | 35.00 | X | | -908.89 |
| 12/29/2009 | FEE | BANK OF AMERICA | Bank Service Charges | OVERDRAFT... | 35.00 | X | | -943.89 |

## Hawk Freight Logistics, LLC   D/B/A Hawk Logistics

3/25/2010 11:44 AM

Register: Bank of America
From 12/01/2009 through 12/31/2009
Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|---|---|---|---|---|---|---|---|---|
| 12/29/2009 | FEE | BANK OF AMERICA | Bank Service Charges | OVERDRAFT... | 35.00 | X | | -978.89 |
| 12/29/2009 | FEE | BANK OF AMERICA | Bank Service Charges | OVERDRAFT... | 35.00 | X | | -1,013.89 |
| 12/30/2009 | FEE | BANK OF AMERICA | Bank Service Charges | OVERDRAFT... | 35.00 | X | | -1,048.89 |
| 12/30/2009 | FEE | BANK OF AMERICA | Bank Service Charges | OVERDRAFT... | 35.00 | X | | -1,083.89 |
| 12/31/2009 | FEE | BANK OF AMERICA | Interest Expense | INTEREST O... | 1.21 | X | | -1,085.10 |

11:13 AM
03/25/10
Accrual Basis

# Hawk Freight Logistics, LLC   D/B/A Hawk Logistics
## Profit & Loss
### December 2009

|  | Dec 09 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| Gross Trucking Income | 18,349.96 |
| Income/HAWK LOGISTICS | 16,864.34 |
| Refund | 167.60 |
| **Total Income** | **35,381.90** |
| **Gross Profit** | **35,381.90** |
| **Expense** | |
| Automobile Expense | 2,204.82 |
| Bank Service Charges | 420.00 |
| Child Support | 1,417.36 |
| Communication | 1,448.32 |
| Contract Labor | 5,232.68 |
| Freight | 5,266.90 |
| Insurance Expense | 137.50 |
| Interest Expense | 1.21 |
| Meals and Entertainment | 686.68 |
| Miscellaneous | 2.00 |
| **Taxes** | |
| IFTA | 20.29 |
| **Total Taxes** | **20.29** |
| Utilities | 54.95 |
| **Total Expense** | **16,892.71** |
| **Net Ordinary Income** | **18,489.19** |
| **Net Income** | **18,489.19** |