B 25C (Official Form 25C) (12/08)

# UNITED STATES BANKRUPTCY COURT

### Southern District of Texas

United States Courts
Southern District of Texas
FILED

APR 1 9 2010

Clerk of Court

In re  HAWK FREIGHT LOGISTICS, LLC ,
                *Debtor*

Case No.  09-37651

Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month:  JANUARY

Line of Business:  TRANSPORTATION

Date filed:  04/09/2010

NAISC Code:

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

Original Signature of Responsible Party

ROGER TODD RUMSEY

Printed Name of Responsible Party

| Questionnaire: (All questions to be answered on behalf of the debtor.) | Yes | No |
|---|:---:|:---:|
| 1. IS THE BUSINESS STILL OPERATING? | ☑ | ☐ |
| 2. HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | ☑ | ☐ |
| 3. DID YOU PAY YOUR EMPLOYEES ON TIME? | ☑ | ☐ |
| 4. HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ☑ | ☐ |
| 5. HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH | ☑ | ☐ |
| 6. HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | ☑ | ☐ |
| 7. HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☑ | ☐ |
| 8. DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ☑ | ☐ |
| 9. ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | ☐ | ☑ |
| 10. HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☐ | ☑ |
| 11. DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☐ | ☑ |
| 12. HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ☑ |
| 13. DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☐ | ☑ |

B 25C (Official Form 25C) (12/08)

| | | | |
|---|---|---|---|
| 14. | HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH? | ☐ | ☑ |
| 15. | DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? | ☐ | ☑ |
| 16. | HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? | ☐ | ☑ |
| 17. | HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH? | ☐ | ☑ |
| 18. | HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? | ☐ | ☑ |

## TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS?    ☐    ☐

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

*(Exhibit A)*

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH.  THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

| | | |
|---|---|---|
| **TOTAL INCOME** | $ | 21,797.02 |

### SUMMARY OF CASH ON HAND

| | | |
|---|---|---|
| Cash on Hand at Start of Month | $ | -1,085.10 |
| Cash on Hand at End of Month | $ | 2,255.65 |
| PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU    **TOTAL** | $ | 2,255.65 |

*(Exhibit B)*

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS THIS MONTH.  INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT.  *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

| | | |
|---|---|---|
| **TOTAL EXPENSES** | $ | 18,456.27 |

*(Exhibit C)*

## CASH PROFIT

| | | | |
|---|---|---|---|
| INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)* | | $ | 21,797.02 |
| EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)* | | $ | 18,456.27 |
| *(Subtract Line C from Line B)* | **CASH PROFIT FOR THE MONTH** | $ | 3,340.75 |

B 25C (Official Form 25C) (12/08)

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID. THE LIST MUST INCLUDE THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE DEBT AND WHEN THE DEBT IS DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL PAYABLES** $ _____ 0.00

*(Exhibit D)*

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD. YOU SHOULD INCLUDE WHO OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL RECEIVABLES** $ _____ 20,312.25

*(Exhibit E)*

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED BY THIS REPORT.

*(Exhibit F)*

## EMPLOYEES

NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED? _____ 3

NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT? _____ 3

## PROFESSIONAL FEES

*BANKRUPTCY RELATED:*

PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? $ _____ 0.00

TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? $ _____ 0.00

*NON-BANKRUPTCY RELATED:*

PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? $ _____ 0.00

TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? $ _____ 0.00

B 25C (Official Form 25C) (12/08)

## PROJECTIONS

COMPARE YOUR ACTUAL INCOME AND EXPENSES TO THE PROJECTIONS FOR THE FIRST 180
DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

|  | Projected | Actual | Difference |
|---|---|---|---|
| INCOME | $ | $ | $ |
| EXPENSES | $ | $ | $ |
| CASH PROFIT | $ | $ | $ |

| | | |
|---|---|---|
| TOTAL PROJECTED INCOME FOR THE NEXT MONTH: | $ | 25,000.00 |
| TOTAL PROJECTED EXPENSES FOR THE NEXT MONTH: | $ | 20,000.00 |
| TOTAL PROJECTED CASH PROFIT FOR THE NEXT MONTH: | $ | 5,000.00 |

## ADDITIONAL INFORMATION

PLEASE ATTACH ALL FINANCIAL REPORTS INCLUDING AN INCOME STATEMENT AND BALANCE SHEET
WHICH YOU PREPARE INTERNALLY.

12:26 PM
04/07/10

# Hawk Freight Logistics, LLC   D/B/A Hawk Logistics
## A/R Aging Detail
### As of January 31, 2010

| Type | Date | Num | P. O. # | Name | Terms | Due Date | Aging | Open Balance |
|---|---|---|---|---|---|---|---|---|
| **Current** | | | | | | | | |
| Invoice | 1/12/2010 | 8503-... | Digital | DIGITAL FOUNDRY | | 1/12/2010 | 19 | 249.00 |
| Invoice | 1/22/2010 | 8505-... | 786179line020cd | GREENE, TWEED ... | | 1/22/2010 | 9 | 254.00 |
| Invoice | 1/22/2010 | 8506-... | 786179cd | GREENE, TWEED ... | | 1/22/2010 | 9 | 260.00 |
| Invoice | 1/22/2010 | 8512-... | 74250 | AMERICAN DOOR ... | | 1/22/2010 | 9 | 89.25 |
| Invoice | 1/22/2010 | 8514-... | 24339394 | DRAKE PLASTICS | | 1/22/2010 | 9 | 53.55 |
| Invoice | 1/22/2010 | 8515-... | 74632 | AMERICAN DOOR ... | | 1/22/2010 | 9 | 129.48 |
| Invoice | 1/22/2010 | 8516-... | 6792 | AMERICAN DOOR ... | | 1/22/2010 | 9 | 109.25 |
| Invoice | 1/22/2010 | 8517-... | 74577 | AMERICAN DOOR ... | | 1/22/2010 | 9 | 129.48 |
| Invoice | 1/22/2010 | 8518-... | 599406 | FASTORQ BOLTIN... | | 1/22/2010 | 9 | 1,785.00 |
| Invoice | 1/22/2010 | 8519-... | 1173123 | INDUSTRIAL WAT... | | 1/22/2010 | 9 | 153.00 |
| Invoice | 1/22/2010 | 8520-... | 80249 | FASTORQ BOLTIN... | | 1/22/2010 | 9 | 157.00 |
| Invoice | 1/22/2010 | 8521-... | 786179r | Green Tweed & Co... | | 1/22/2010 | 9 | 3,254.32 |
| Invoice | 1/22/2010 | 8522-... | 1173124 | FASTORQ BOLTIN... | | 1/22/2010 | 9 | 552.16 |
| Invoice | 1/22/2010 | 8523-... | 80654dline030 | Green Tweed & Co ... | | 1/22/2010 | 9 | 3,395.20 |
| Invoice | 1/22/2010 | 8524-... | PO926-99-011 | INDUSTRIAL WAT... | | 1/22/2010 | 9 | 153.00 |
| Invoice | 1/22/2010 | 8525-... | PO926-99-012 | INDUSTRIAL WAT... | | 1/22/2010 | 9 | 136.15 |
| Invoice | 1/22/2010 | 8526-... | 926-Dynegy | INDUSTRIAL WAT... | | 1/22/2010 | 9 | 3,495.08 |
| Invoice | 1/26/2010 | 8527-... | 62044-62055 | AMERICAN DOOR ... | | 1/26/2010 | 5 | 900.00 |
| **Total Current** | | | | | | | | **15,355.00** |
| **1 - 30** | | | | | | | | |
| Invoice | 12/11/2009 | 8476-... | 6854 | PEARLAND INDUS... | | 12/11/2009 | 51 | 1,050.00 |
| Invoice | 12/11/2009 | 8477-... | 6876 | PEARLAND INDUS... | | 12/11/2009 | 51 | 1,050.00 |
| Invoice | 12/21/2009 | 8487-... | 45473274 | GREENE, TWEED ... | | 12/21/2009 | 41 | 375.00 |
| Invoice | 12/21/2009 | 8497-... | 45461118 | GREENE, TWEED ... | | 12/21/2009 | 41 | 136.25 |
| Invoice | 12/21/2009 | 8498-... | 45461009 | GREENE, TWEED ... | | 12/21/2009 | 41 | 375.00 |
| Invoice | 12/21/2009 | 8499-... | 1173315 | ADMINISTAFF ... | | 12/21/2009 | 41 | 17.50 |
| Invoice | 10/7/2009 | 8416-... | 1173315 | ADMINISTAFF ... | | 12/28/2009 | 34 | 50.00 |
| Invoice | 10/18/2009 | 8425-... | 1173316 | ADMINISTAFF ... | | 12/28/2009 | 34 | 26.00 |
| Invoice | 10/18/2009 | 8427-... | 1173317 | ADMINISTAFF ... | | 12/28/2009 | 34 | 26.00 |
| Invoice | 10/18/2009 | 8428-... | 1173118 | ADMINISTAFF ... | | 12/28/2009 | 34 | 26.50 |
| Invoice | 12/28/2009 | 8442-... | 1173114 | ADMINISTAFF ... | | 12/28/2009 | 34 | 1,825.00 |
| Invoice | 10/28/2009 | 8505-... | Minkota Project | FASTORQ BOLTIN... | | 12/28/2009 | 34 | 4,957.25 |
| **Total 1 - 30** | | | | | | | | |
| **31 - 60** | | | | | | | | |
| **Total 31 - 60** | | | | | | | | |
| **61 - 90** | | | | | | | | |
| **Total 61 - 90** | | | | | | | | |
| **> 90** | | | | | | | | |
| **Total > 90** | | | | | | | | |
| **TOTAL** | | | | | | | | **20,312.25** |

12:22 PM
04/07/10
Accrual Basis

## Hawk Freight Logistics, LLC   D/B/A Hawk Logistics
## Profit & Loss
### January 2010

|  | Jan 10 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| Gross Trucking Income | 28,535.69 |
| Income/HAWK LOGISTICS | 1,161.78 |
| Refund | 210.00 |
| **Total Income** | 29,907.47 |
| **Gross Profit** | 29,907.47 |
| **Expense** | |
| **Automobile Expense** | |
| Registration | 198.70 |
| Automobile Expense - Other | 1,113.97 |
| **Total Automobile Expense** | 1,312.67 |
| Bank Service Charges | 421.54 |
| Child Support | 1,417.36 |
| Communication | 721.43 |
| Computer and Internet Expenses | 675.00 |
| Contract Labor | 3,222.90 |
| Freight | 6,943.01 |
| Insurance Expense | -137.50 |
| Meals and Entertainment | 310.97 |
| Office Supplies | 139.10 |
| **Total Expense** | 15,026.48 |
| **Net Ordinary Income** | 14,880.99 |
| **Net Income** | **14,880.99** |

**Bank of America** 

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

Page 1 of 6
Statement Period
01/01/10 through 01/31/10
E0   P   PA   0A 51                    0245213
Enclosures 0
Account Number   5860 0351 6170

01099 001 SCM999          0

HAWK FREIGHT LOGISTICS LLC
DBA HAWK LOGISTICS
MAIN ACCOUNT
PO BOX 62409
HOUSTON TX 77205-2409

Our free Online Banking service allows you to check balances, track account activity, pay bills and more.
**With Online Banking you can also view up to 18 months of this statement online.**
Enroll at www.bankofamerica.com/smallbusiness.

## Customer Service Information
## www.bankofamerica.com

For additional information or service, you may call:        Or you may write to:
☎  1.888.BUSINESS (1.888.287.4637)                    ✉   Bank of America, N.A.
                                                             P.O. Box 25118
                                                             Tampa, FL 33622-5118

## Deposit Accounts

## Business Economy Checking

HAWK FREIGHT LOGISTICS LLC   DBA HAWK LOGISTICS
MAIN ACCOUNT

### Your Account at a Glance

| | | | |
|---|---|---|---|
| Account Number | 5860 0351 6170 | Statement Beginning Balance | $1,085.10- |
| Statement Period | 01/01/10 through 01/31/10 | Amount of Deposits/Credits | $21,797.02 |
| Number of Deposits/Credits | 17 | Amount of Withdrawals/Debits | $18,456.27 |
| Number of Withdrawals/Debits | 99 | Statement Ending Balance | $2,255.65 |
| Number of Deposited Items | 10 | | |
| | | Average Ledger Balance | $2,097.86 |
| Number of Days in Cycle | 31 | Service Charge | $0.00 |

H

Page 2 of 6
Statement Period
01/01/10 through 01/31/10
E0  P PA  0A 51
Enclosures 0
Account Number  5860 0351 6170

HAWK FREIGHT LOGISTICS LLC
DBA HAWK LOGISTICS
MAIN ACCOUNT

---

Congratulations! You have had 52 qualifying Bank of America Small Business Check Card transaction(s) post to your account during the previous monthly statement period. You have successfully achieved your target and the monthly maintenance fee on your business checking account has been waived.

---

Help avoid Overdraft & NSF: Returned Item fees. Use Alerts to get messages by email or text to inform you when your balance is low. Use Overdraft Protection to transfer available funds from linked savings, credit card, or credit line to your checking account to help cover items that would overdraw your account. Call us for details.

---

## Deposits and Credits

| Date Posted | Amount ($) | Description | Bank Reference |
|---|---|---|---|
| 01/04 | 137.50 | Return Of Posted Check / Item (Received On 12-31) Check #0000001034 | 934812310009269 |
| 01/06 | 3,702.83 | Counter Credit | 813009030497830 |
| 01/07 | 100.00 | Return Of Posted Check / Item (Received On 01-06) Check #0000001043 | 934801060006644 |
| 01/08 | 1,759.88 | BkofAmerica ATM 01/08 #000006202 Deposit Northwest Freewa  Houston    TX | 950601080006202 |
| 01/12 | 382.50 | Return Of Posted Check / Item (Received On 01-11) Check #0000001040 | 934801110008187 |
| 01/12 | 137.50 | Return Of Posted Check / Item (Received On 01-11) Check #0000001034 | 934801110008186 |
| 01/12 | 2,184.97 | Wire Type:Wire IN Date: 100112 Time:0631 Et Trn:2010011200074736 Seq:010810439153/148322 Orig:Greene Tweed + Co. Gmbh ID:0900200663 Snd Bk: Deutsche Bank Trust Co. Ameri ID:0103 Pmt Det:Prep Ayment 786179Line20 | 903701120074736 |
| 01/13 | 1,628.24 | BkofAmerica ATM 01/12 #000009070 Deposit Humble        Humble       TX | 950601120009070 |
| 01/14 | 1,381.48 | BkofAmerica ATM 01/14 #000009666 Deposit Cypressdale     Spring      TX | 950601140009666 |
| 01/19 | 1,402.29 | BkofAmerica ATM 01/16 #000005641 Deposit Champion Forest   Spring      TX | 950601160005641 |
| 01/19 | 1,161.78 | BkofAmerica ATM 01/19 #000001702 Deposit Humble        Humble       TX | 950601190001702 |
| 01/19 | 210.00 | NSF/OD OR Extended OD Bal. Chg Refund F des Nmo 0006576 Nbkucj2 | 945001195760001 |
| 01/21 | 341.33 | Return Of Posted Check / Item (Received On 01-20) Check #0000001055 | 934801200008358 |
| 01/21 | 64.80 | Return Of Posted Check / Item (Received On 01-20) Check #0000001053 | 934801200008359 |
| 01/21 | 493.85 | BkofAmerica ATM 01/21 #000001492 Deposit Cypressdale     Spring      TX | 950601210001492 |
| 01/26 | 6,629.52 | Wire Type:Wire IN Date: 100126 Time:0853 Et Trn:2010012600097631 Seq:012210435249/192744 Orig:Greene Tweed + Co. Gmbh ID:0900200663 Snd Bk: Deutsche Bank Trust Co. Ameri ID:0103 Pmt Det:Prof Orma 786179R And 806546 Line 030 | 903701260097631 |
| 01/29 | 78.55 | BkofAmerica ATM 01/29 #000004717 Deposit Humble        Humble       TX | 950601290004717 |

Page 3 of 6
Statement Period
01/01/10 through 01/31/10
E0  P PA  0A 51
Enclosures 0                     0245215
Account Number  5860 0351 6170

HAWK FREIGHT LOGISTICS LLC
DBA HAWK LOGISTICS
MAIN ACCOUNT

## Withdrawals and Debits
### Checks

| Check Number | Amount ($) | Date Posted | Bank Reference | Check Number | Amount ($) | Date Posted | Bank Reference |
|---|---|---|---|---|---|---|---|
| 1034 | 137.50 | 01/11 | 813008792636881 | 1054 | 487.90 | 01/19 | 813007633123408 |
| 1040* | 382.50 | 01/11 | 813008192195704 | 1055 | 341.33 | 01/20 | 813009392295995 |
| 1043* | 100.00 | 01/06 | 813009430837775 | 1056 | 180.72 | 01/19 | 813008892032912 |
| 1044 | 50.00 | 01/12 | 813009430010403 | 1057 | 115.00 | 01/19 | 813007633114496 |
| 1045 | 1,640.00 | 01/13 | 813009292889143 | 1058 | 675.00 | 01/20 | 813007992621966 |
| 1046 | 280.00 | 01/08 | 813009592901043 | 1059 | 50.00 | 01/21 | 813009592215879 |
| 1047 | 70.00 | 01/12 | 813006592666339 | 1060 | 150.00 | 01/20 | 813009292885607 |
| 1048 | 175.00 | 01/11 | 813009892191291 | 1061 | 640.00 | 01/20 | 813007633355392 |
| 1049 | 900.00 | 01/11 | 813007633480193 | 1063* | 682.50 | 01/26 | 813009192108338 |
| 1050 | 562.51 | 01/15 | 813009792040496 | 1065* | 300.00 | 01/25 | 813009992673849 |
| 1051 | 300.00 | 01/13 | 813009292886409 | 1066 | 400.00 | 01/29 | 813009792104511 |
| 1052 | 133.90 | 01/19 | 813009430206602 | 1067 | 1,775.44 | 01/27 | 813009130082089 |
| 1053 | 64.80 | 01/20 | 813009430664319 | 1068 | 586.17 | 01/29 | 813007130612114 |
| 1053* | 64.80 | 01/25 | 813009430606589 | | | | |

* Gap in sequential check numbers.

## Other Debits

| Date Posted | Amount ($) | Description | Bank Reference |
|---|---|---|---|
| 01/04 | 35.00 | NSF: Returned Item Fee For Activity Of 12-31 Check #0000001034 | 934812310035326 |
| 01/05 | 35.00 | Extended Overdrawn Balance Charge | 971401050000325 |
| 01/07 | 35.00 | NSF: Returned Item Fee For Activity Of 01-06 Check #0000001043 | 934801060046786 |
| 01/08 | 559.73 | Sprint8006396111 Des:Achbillpay ID:xxxxx0561 Indn:Roger Rumsey    Co ID:2521616695 Tel | 902507004803999 |
| 01/11 | 30.00 | Stop Payment Fee | |
| 01/12 | 35.00 | Overdraft Item Fee For Activity Of 01-11 Electronic Transaction | 934801110013560 |
| 01/12 | 35.00 | Overdraft Item Fee For Activity Of 01-11 Electronic Transaction | 934801110013561 |
| 01/12 | 35.00 | NSF: Returned Item Fee For Activity Of 01-11 Check #0000001034 | 934801110083271 |
| 01/12 | 35.00 | NSF: Returned Item Fee For Activity Of 01-11 Check #0000001040 | 934801110083272 |
| 01/12 | 161.70 | Vonage America  Des:Vonage    ID:6721824 Indn:Hawk Freight Logistics  Co ID:0000097538 Web | 902512005658602 |
| 01/12 | 12.00 | Wire Transfer Fee | 903701120057829 |
| 01/21 | 35.00 | Overdraft Item Fee For Activity Of 01-20 Electronic Transaction | 934801200012793 |
| 01/21 | 35.00 | NSF: Returned Item Fee For Activity Of 01-20 Check #0000001053 | 934801200054341 |
| 01/21 | 35.00 | NSF: Returned Item Fee For Activity Of 01-20 Check #0000001055 | 934801200054340 |
| 01/22 | 1,417.36 | Acs Sls    Des:Expertpay ID:xxxxx5185 Indn:Hawk Logistics, Llc    Co ID:1131996647 Ccd | 902522004708748 |
| 01/26 | 12.00 | Wire Transfer Fee | 903701260060321 |
| 01/29 | 1.09 | Interest on Uncollected Balances | |
| Card Account # 4635 7200 0728 2021: | | | |
| 01/07 | 140.00 | BkofAmerica ATM 01/07 #000006111 Withdrwl | 950601070006111 |
| 01/08 | 361.71 | Samsclub #4713  01/08 #000287148 Purchase | 950601080287148 |
| 01/08 | 120.00 | BkofAmerica ATM 01/08 #000006203 Withdrwl | 950601080006203 |

Page 4 of 6
Statement Period
01/01/10 through 01/31/10
E0   P PA   0A 51
Enclosures 0
Account Number   5860 0351 6170

HAWK FREIGHT LOGISTICS LLC
DBA HAWK LOGISTICS
MAIN ACCOUNT

## Withdrawals and Debits - Continued
## Other Debits

| Date Posted | Amount ($) | Description | Bank Reference |
|---|---|---|---|
| 01/08 | 74.00 | Z Smokers Choi  01/08 #000650994 Purchase | 950601080650994 |
| 01/08 | 39.50 | Raceway6771    01/08 #000880406 Purchase | 950601080880406 |
| 01/11 | 86.06 | CheckCard  0108 Vernon s Kuntry Bbq | 905701080661661 |
| 01/11 | 61.00 | CheckCard  0107 TX Dot | 905701070304312 |
| 01/11 | 60.38 | Sou Heb Grocer  01/08 #000657518 Purchase | 950601080657518 |
| 01/11 | 57.90 | CheckCard  0107 2920 Citgo | 905701070818628 |
| 01/11 | 49.11 | Spec's Liquor   01/09 #000596191 Purchase | 950601090596191 |
| 01/11 | 40.00 | CheckCard  0108 Dispute Resolution Serv | 905701080211433 |
| 01/13 | 154.64 | Wal-Mart #0849  01/13 #000496018 Purchase | 950601130496018 |
| 01/13 | 14.50 | Quik Inspectio  01/13 #000346343 Purchase | 950601130346343 |
| 01/14 | 180.00 | BkofAmerica ATM 01/13 #000001977 Withdrwl | 950601130001977 |
| 01/14 | 49.60 | Wal-Mart #5287  01/14 #000566268 Purchase | 950601140566268 |
| 01/15 | 100.00 | BkofAmerica ATM 01/15 #000009848 Withdrwl | 950601150009848 |
| 01/15 | 16.06 | Sou Blockbuste  01/15 #000878249 Purchase | 950601150878249 |
| 01/15 | 13.40 | CheckCard  0113 Taco Bell/Ph Exp #4560 | 905701130254447 |
| 01/19 | 100.00 | BkofAmerica ATM 01/16 #000005642 Withdrwl | 950601160005642 |
| 01/19 | 75.00 | Shell Service   01/15 #000389467 Purchase | 950601150389467 |
| 01/19 | 37.79 | CheckCard  0118 Burger King #3948 | 905701181061079 |
| 01/19 | 31.60 | Sou Heb Grocer  01/17 #000721894 Purchase | 950601170721894 |
| 01/19 | 30.00 | Heb Gas #610    01/19 #000789160 Purchase | 950601190789160 |
| 01/19 | 23.54 | CheckCard  0114 Pappas Bar-B-Q #665 Q80 | 905701140162756 |
| 01/20 | 653.00 | Wal-Mart #0849  01/19 #000176662 Purchase | 950601190176662 |
| 01/20 | 75.00 | CheckCard  0118 Texaco 00302299 | 905701180444480 |
| 01/20 | 67.66 | Wal-Mart #0849  01/19 #000567531 Purchase | 950601190567531 |
| 01/20 | 16.99 | Autozone 4226   01/19 #000915157 Purchase | 950601190915157 |
| 01/20 | 11.90 | O'Reilly Auto   01/20 #000753582 Purchase | 950601200753582 |
| 01/21 | 20.03 | CheckCard  0120 Miller's Cafe | 905701200824097 |
| 01/22 | 200.00 | BkofAmerica ATM 01/22 #000001755 Withdrwl | 950601220001755 |
| 01/22 | 108.04 | Wal-Mart #0849  01/22 #000165783 Purchase | 950601220165783 |
| 01/22 | 93.45 | Sou Heb Grocer  01/22 #000882067 Purchase | 950601220882067 |
| 01/22 | 74.00 | Heb Gas #610    01/21 #000715021 Purchase | 950601210715021 |
| 01/22 | 46.25 | Heb Gas #610    01/21 #000892354 Purchasc | 950601210892354 |
| 01/22 | 22.58 | Sou Heb Grocer  01/22 #000976907 Purchase | 950601220976907 |
| 01/25 | 37.14 | Nst Sears Roeb  01/24 #000710202 Purchase | 950601240710202 |
| 01/25 | 31.00 | CheckCard  0123 J.Reed Salon & Spa | 905701231097564 |
| 01/25 | 16.00 | CheckCard  0123 Silverado 19 Imax | 905701231302023 |
| 01/25 | 7.76 | CheckCard  0122 Taco Bell/Ph Exp #4560 | 905701220309609 |
| 01/26 | 93.66 | Wal-Mart #0849  01/26 #000659935 Purchase | 950601260659935 |
| 01/26 | 45.00 | Shell Service   01/26 #000174431 Purchase | 950601260174431 |
| 01/26 | 26.04 | CheckCard  0125 El Bosque Mexican Rest | 905701251035526 |
| 01/27 | 124.00 | CheckCard  0125 Mrt Kar-Kare | 905701250514430 |
| 01/27 | 50.01 | CheckCard  0125 Shell Oil 57528752900 | 905701250257881 |
| 01/27 | 35.00 | CheckCard  0125 Shell Oil 57528752900 | 905701250257886 |
| 01/27 | 10.16 | Nst Sears Roeb  01/27 #000951641 Purchase | 950601270951641 |
| 01/28 | 100.00 | BkofAmerica ATM 01/28 #000002563 Withdrwl | 950601280002563 |
| 01/28 | 94.15 | Wal-Mart #0849  01/28 #000478606 Purchase | 950601280478606 |
| 01/28 | 75.00 | CheckCard  0126 Texaco 00352328 | 905701260488755 |
| 01/28 | 50.00 | CheckCard  0127 Texaco 00352328 | 905701270488678 |
| 01/29 | 300.00 | BkofAmerica ATM 01/29 #000004726 Withdrwl | 950601290004726 |
| 01/29 | 144.79 | CheckCard  0128 Lkq Heavy Truck - Texas | 905701281250310 |
| 01/29 | 73.57 | Wal-Mart #0849  01/29 #000356493 Purchase | 950601290356493 |
| 01/29 | 49.35 | CheckCard  0127 LA Cabana Mexican Resta | 905701270749301 |
| **Subtotal** | **4,667.32** | | |

Page 5 of 6
Statement Period
01/01/10 through 01/31/10
E0  P PA  0A 51                    0245217
Enclosures 0
Account Number   5860 0351 6170

HAWK FREIGHT LOGISTICS LLC
DBA HAWK LOGISTICS
MAIN ACCOUNT

## Total Overdraft Fees and NSF: Returned Item Fees

| | Total for This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $140.00 | $140.00 |
| Total NSF: Returned Item Fees | $210.00 | $210.00 |

We refunded to you a total of $209.82 in fees for Overdraft and/or NSF: Returned Items this statement period and a total of $209.82 in fees for Overdraft and/or NSF: Returned Items this year.

## Daily Ledger Balances

| Date | Balance ($) | Date | Balance ($) | Date | Balance ($) |
|---|---|---|---|---|---|
| 01/01 | 1,085.10 - | 01/12 | 3,126.99 | 01/22 | 732.21 |
| 01/04 | 982.60 - | 01/13 | 2,646.09 | 01/25 | 275.51 |
| 01/05 | 1,017.60 - | 01/14 | 3,797.97 | 01/26 | 6,045.83 |
| 01/06 | 2,585.23 | 01/15 | 3,106.00 | 01/27 | 4,051.22 |
| 01/07 | 2,510.23 | 01/19 | 4,664.62 | 01/28 | 3,732.07 |
| 01/08 | 2,835.17 | 01/20 | 1,968.94 | 01/29 | 2,255.65 |
| 01/11 | 855.72 | 01/21 | 2,693.89 | | |