B 25C (Official Form 25C) (12/08)

# UNITED STATES BANKRUPTCY COURT
Southern District of Texas

United States Courts
Southern District of Texas
FILED

APR 19 2010

Clerk of Court

In re **HAWK FREIGHT LOGISTICS, LLC**,
*Debtor*

Case No. **09-37651**

Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month: **FEBRUARY**  Date filed: **04/09/2010**

Line of Business: **TRANSPORTATION**  NAISC Code: _____

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

*/s/ Roger Todd Rumsey*

Original Signature of Responsible Party

**ROGER TODD RUMSEY**
Printed Name of Responsible Party

**Questionnaire:** *(All questions to be answered on behalf of the debtor.)*

| # | Question | Yes | No |
|---|---|---|---|
| 1. | IS THE BUSINESS STILL OPERATING? | ☑ | ☐ |
| 2. | HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | ☑ | ☐ |
| 3. | DID YOU PAY YOUR EMPLOYEES ON TIME? | ☑ | ☐ |
| 4. | HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ☑ | ☐ |
| 5. | HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH | ☑ | ☐ |
| 6. | HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | ☑ | ☐ |
| 7. | HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☑ | ☐ |
| 8. | DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ☑ | ☐ |
| 9. | ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | ☐ | ☑ |
| 10. | HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☐ | ☑ |
| 11. | DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☐ | ☑ |
| 12. | HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ☑ |
| 13. | DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☐ | ☑ |

Page 2

B 25C (Official Form 25C) (12/08)

| | | | Yes | No |
|---|---|---|---|---|
| 14. | HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH? | | ☐ | ☑ |
| 15. | DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? | | ☐ | ☑ |
| 16. | HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? | | ☐ | ☑ |
| 17. | HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH? | | ☐ | ☑ |
| 18. | HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? | | ☐ | ☑ |

## TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS?    ☐   ☐

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

*(Exhibit A)*

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

|  |  |  |
|---|---|---|
| TOTAL INCOME | $ | 30,479.83 |

**SUMMARY OF CASH ON HAND**

| | | |
|---|---|---|
| Cash on Hand at Start of Month | $ | 2,255.65 |
| Cash on Hand at End of Month | $ | 10,940.92 |
| PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU    **TOTAL** | $ | 10,940.92 |

*(Exhibit B)*

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

| | | |
|---|---|---|
| TOTAL EXPENSES | $ | 21,794.56 |

*(Exhibit C)*

## CASH PROFIT

| | | |
|---|---|---|
| INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)* | $ | 30,479.83 |
| EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)* | $ | 21,794.56 |
| *(Subtract Line C from Line B)*   **CASH PROFIT FOR THE MONTH** | $ | 8,685.27 |

Page 3

B 25C (Official Form 25C) (12/08)

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID. THE LIST MUST INCLUDE THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE DEBT AND WHEN THE DEBT IS DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL PAYABLES** $ 0.00

*(Exhibit D)*

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD. YOU SHOULD INCLUDE WHO OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL RECEIVABLES** $ 31,099.40

*(Exhibit E)*

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED BY THIS REPORT.

*(Exhibit F)*

## EMPLOYEES

| | |
|---|---|
| NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED? | 3 |
| NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT? | 3 |

## PROFESSIONAL FEES

*BANKRUPTCY RELATED:*

PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? $ 0.00

TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? $ 0.00

*NON-BANKRUPTCY RELATED:*

PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? $ 0.00

TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? $ 0.00

B 25C (Official Form 25C) (12/08)

## PROJECTIONS

COMPARE YOUR ACTUAL INCOME AND EXPENSES TO THE PROJECTIONS FOR THE FIRST 180 DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

|  | Projected | Actual | Difference |
|---|---|---|---|
| INCOME | $ | $ | $ |
| EXPENSES | $ | $ | $ |
| CASH PROFIT | $ | $ | $ |

TOTAL PROJECTED INCOME FOR THE NEXT MONTH:            $    30,000.00
TOTAL PROJECTED EXPENSES FOR THE NEXT MONTH:          $    20,000.00
TOTAL PROJECTED CASH PROFIT FOR THE NEXT MONTH:       $    10,000.00

## ADDITIONAL INFORMATION

**PLEASE ATTACH ALL FINANCIAL REPORTS INCLUDING AN INCOME STATEMENT AND BALANCE SHEET WHICH YOU PREPARE INTERNALLY.**

# Bank of America 

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

Page 1 of 7
Statement Period
02/01/10 through 02/28/10
E0  P  PA  0A 51                 0266674
Enclosures 0
Account Number   5860 0351 6170

```
01099 001 SCM999 I 2 4 0
```

HAWK FREIGHT LOGISTICS LLC
DBA HAWK LOGISTICS
MAIN ACCOUNT
PO BOX 62409
HOUSTON TX 77205-2409

Our free Online Banking service allows you to check balances, track account activity, pay bills and more. With **Online Banking** you can also view up to **18 months of this statement online**.
Enroll at www.bankofamerica.com/smallbusiness.

### Customer Service Information
www.bankofamerica.com

For additional information or service, you may call:
1-888-BUSINESS (1-888-287-4637)

Or you may write to:
Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

---

We recently made changes to our Overdraft Protection Transfer Fee to better serve you. Effective immediately, when we determine your account is overdrawn by a total amount less than $10 for a day and we transfer funds from your linked savings account or line of credit to cover it, we will not charge an Overdraft Protection Transfer Fee. Overdraft Protection lets you link your checking account to another account to help avoid overdrafts. If you haven't already signed up, call the number on your statement or visit your nearby banking center and an associate can help you.

---

Stay ahead of your bills - such as rent, mortgage, credit card or utility payments - by setting up automatic reminders to be sent right to your e-mail or smart phone. With **Payment Reminders** from Bank of America®, it's easy to know when a payment is due.

**Get started at bankofamerica.com/solutions today.**

Page 2 of 7
Statement Period
02/01/10 through 02/28/10
E0  P PA  0A 51
Enclosures 0
Account Number  5860 0351 6170

HAWK FREIGHT LOGISTICS LLC
DBA HAWK LOGISTICS
MAIN ACCOUNT

## Deposit Accounts

## Business Economy Checking

HAWK FREIGHT LOGISTICS LLC  DBA HAWK LOGISTICS
MAIN ACCOUNT

### Your Account at a Glance

| | | | |
|---|---|---|---|
| Account Number | 5860 0351 6170 | Statement Beginning Balance | $2,255.65 |
| Statement Period | 02/01/10 through 02/28/10 | Amount of Deposits/Credits | $30,479.83 |
| Number of Deposits/Credits | 20 | Amount of Withdrawals/Debits | $21,794.56 |
| Number of Withdrawals/Debits | 131 | Statement Ending Balance | $10,940.92 |
| Number of Deposited Items | 17 | | |
| | | Average Ledger Balance | $7,448.11 |
| Number of Days in Cycle | 28 | Service Charge | $0.00 |

Congratulations! You have had 47 qualifying Bank of America Small Business Check Card transaction(s) post to your account during the previous monthly statement period. You have successfully achieved your target and the monthly maintenance fee on your business checking account has been waived.

Help avoid Overdraft & NSF: Returned Item fees. Use Alerts to get messages by email or text to inform you when your balance is low. Use Overdraft Protection to transfer available funds from linked savings, credit card, or credit line to your checking account to help cover items that would overdraw your account. Call us for details.

### Deposits and Credits

| Date Posted | Amount ($) | Description | Bank Reference |
|---|---|---|---|
| 02/02 | 3,784.23 | Counter Credit | 813009430247106 |
| 02/02 | 332.98 | BkofAmerica ATM 02/02 #000003229 Deposit Cypressdale Spring TX | 950602020003229 |
| 02/04 | 2,185.00 | Wire Type:Wire IN Date: 100204 Time:0624 Et Trn:20100020400076719 Seq:020210303145/155213 Orig:Greene Tweed + Co. Gmbh ID:0900200663 Snd Bk: Deutsche Bank Trust Co. Ameri ID:0103 Pmt Det:8065 46-010-020 V. 29.01.10 | 903702040076719 |
| 02/04 | 1,951.25 | Counter Credit | 813009130318832 |
| 02/08 | 57.38 | CheckCard 0207 Autozone # 4226 Spring TX 74445000039134360693253 | 905702071893884 |
| 02/10 | 73.21 | BkofAmerica ATM 02/10 #000004217 Deposit Cypressdale Spring TX | 950602100004217 |
| 02/11 | 931.00 | Wire Type:Wire IN Date: 100211 Time:0734 Et Trn:20100021100084787 Seq:020910676653/170342 Orig:Greene Tweed + Co. Gmbh ID:0900200663 Snd Bk: Deutsche Bank Trust Co. Ameri ID:0103 Pmt Det:7861 79R2 | 903702110084787 |
| 02/16 | 1,927.80 | BkofAmerica ATM 02/15 #000004808 Deposit Cypressdale Spring TX | 950602150004808 |
| 02/16 | 1,361.65 | BkofAmerica ATM 02/15 #000004731 Deposit Cypressdale Spring TX | 950602150004731 |
| 02/16 | 511.49 | BkofAmerica ATM 02/13 #000009674 Deposit Greenspoint Houston TX | 950602130009674 |

```
HAWK FREIGHT LOGISTICS LLC                          Page 3 of 7
DBA HAWK LOGISTICS                                  Statement Period
MAIN ACCOUNT                                        02/01/10 through 02/28/10
                                                    E0  P PA  OA 51              0266676
                                                    Enclosures 0
                                                    Account Number  5860 0351 6170
```

### Deposits and Credits - Continued

| Date Posted | Amount ($) | Description | Bank Reference |
|---|---|---|---|
| 02/18 | 5,000.00 | Counter Credit | 813009330281915 |
| 02/18 | 5,000.00 | Counter Credit | 813009330281917 |
| 02/18 | 2,782.10 | Counter Credit | 813009330281913 |
| 02/18 | 809.24 | Counter Credit | 813009330281911 |
| 02/19 | 1,975.75 | BkofAmerica ATM 02/19 #000001665 Deposit Humble  Humble  TX | 950602190001665 |
| 02/19 | 711.65 | Haulmark Truckin Des:Drivers PR ID:D Indn:O-Cross   Co ID:1760614252 Ppd | 902550006956404 |
| 02/19 | 59.54 | Haulmark Truckin Des:Drivers PR ID:J Indn:O-Arana   Co ID:1760614252 Ppd | 902550006956403 |
| 02/26 | 449.02 | United Truckload Des:Utc    ID:D Indn:O-Cross   Co ID:1271095218 Ppd | 902556013483999 |
| 02/26 | 393.16 | Haulmark Truckin Des:Drivers PR ID:J Indn:O-Arana   Co ID:1760614252 Ppd | 902556013484052 |
| 02/26 | 183.38 | Haulmark Truckin Des:Drivers PR ID:D Indn:O-Taylor   Co ID:1760614252 Ppd | 902556013484053 |

### Withdrawals and Debits
#### Checks

| Check Number | Amount ($) | Date Posted | Bank Reference | Check Number | Amount ($) | Date Posted | Bank Reference |
|---|---|---|---|---|---|---|---|
| 1034  | 137.50   | 02/16 | 813009192432261 | 1086* | 412.50 | 02/16 | 813008892078632 |
| 1069* | 70.00    | 02/08 | 813005992714885 | 1087  | 245.00 | 02/18 | 813007792034087 |
| 1070  | 55.28    | 02/10 | 813009592380803 | 1088  | 480.00 | 02/16 | 813007633084073 |
| 1071  | 912.50   | 02/12 | 813009992649155 | 1089  | 149.37 | 02/16 | 813008992474369 |
| 1072  | 812.29   | 02/04 | 813009692344377 | 1090  | 950.00 | 02/22 | 813008892109130 |
| 1074* | 135.67   | 02/09 | 813009192044778 | 1091  | 580.62 | 02/18 | 813009692899675 |
| 1075  | 493.46   | 02/05 | 813009892435975 | 1092  | 600.00 | 02/19 | 813007633430341 |
| 1076  | 124.45   | 02/10 | 813007330326103 | 1093  | 304.00 | 02/22 | 813007633461269 |
| 1077  | 1,224.02 | 02/09 | 813009130110715 | 1095* | 110.00 | 02/22 | 813007633597269 |
| 1078  | 600.00   | 02/05 | 81300763341318  | 1096  | 580.00 | 02/22 | 813008892489949 |
| 1081* | 95.00    | 02/12 | 813009992776971 | 1100* | 100.00 | 02/23 | 813009392494948 |
| 1082  | 400.00   | 02/11 | 813006792421358 | 1103* | 45.81  | 02/25 | 813204730808164 |
| 1083  | 550.00   | 02/18 | 813009592552309 | 1108* | 640.00 | 02/26 | 813007633442772 |

* Gap in sequential check numbers.

### Other Debits

| Date Posted | Amount ($) | Description | Bank Reference |
|---|---|---|---|
| 02/04 | 12.00 | Wire Transfer Fee | 903702040053549 |
| 02/10 | 590.00 | Wire Type:Intl Out Date:100210 Time:1115 Et Trn:2010021000142185 Service Ref:946399 Bnf:Lsi Gmbh ID:556819500 Bnf Bk:Dresdner Bank Ag ID:Dresdeff700 Pmt Det:01100210000869Nn | 903702100142185 |
| 02/10 | 45.00 | Wire Transfer Fee | 903702100124838 |
| 02/11 | 12.00 | Wire Transfer Fee | 903702110054278 |
| 02/12 | 1,417.36 | Acs Sls     Des:Expertpay  ID:xxxxx5185 Indn:Hawk Logistics, Llc   Co ID:1131996647 Ccd | 902543003290740 |
| 02/12 | 14.00 | Npc Merch     Des:Pymt Proc  ID:0009404801 Indn:Hawk Freight Logistics  Co ID:9470259043 Ccd | 902543002613543 |

```
HAWK FREIGHT LOGISTICS LLC                                    Page 4 of 7
DBA HAWK LOGISTICS                                            Statement Period
MAIN ACCOUNT                                                  02/01/10 through 02/28/10
                                                              E0  P PA  0A 51
                                                              Enclosures 0
                                                              Account Number  5860 0351 6170
```

## Withdrawals and Debits - Continued
### Other Debits

| Date Posted | Amount ($) | Description | Bank Reference |
|---|---|---|---|
| 02/16 | 35.00 | Overdraft Item Fee For Activity Of 02-12 Electronic Transaction | 934802120009170 |
| 02/16 | 35.00 | Overdraft Item Fee For Activity Of 02-12 Electronic Transaction | 934802120009171 |
| 02/16 | 35.00 | Overdraft Item Fee For Activity Of 02-12 Electronic Transaction | 934802120009172 |
| 02/17 | 35.00 | Overdraft Item Fee For Activity Of 02-16 Electronic Transaction | 934802160014463 |
| 02/17 | 35.00 | Overdraft Item Fee For Activity Of 02-16 Electronic Transaction | 934802160014464 |
| 02/22 | 30.00 | Stop Payment Fee | |
| 02/22 | 0.91 | Intuit Payroll S Des:Quickbooks ID:xxxxx4090 Indn:Hawk Freight Logistics  Co ID:1722616679 Ccd | 902553001235128 |
| 02/22 | 0.39 | Intuit Payroll S Des:Quickbooks ID:xxxxx4090 Indn:Hawk Freight Logistics  Co ID:1722616679 Ccd | 902553001235127 |
| 02/25 | 1,500.00 | Counter Debit | 813007633225142 |
| 02/25 | 805.53 | Debit For Unpaid Item. Fdes Nmo 0003019 Nbkd8A8 | 945002250190001 |

**Card Account # 4635 7200 0728 2021:**

| Date Posted | Amount ($) | Description | Bank Reference |
|---|---|---|---|
| 02/01 | 200.00 | BkofAmerica ATM 02/01 #000009868 Withdrwl | 950602010009868 |
| 02/01 | 81.75 | Sky Food Mart   02/01 #000304675 Withdrwl | 950602010304675 |
| 02/01 | 75.00 | Sky Mart        02/01 #000855026 Purchase | 950602010855026 |
| 02/01 | 58.43 | Petco Animal S  01/30 #000494259 Purchase | 950601300494259 |
| 02/01 | 57.00 | CheckCard  0130 2920 Citgo | 905701301021854 |
| 02/01 | 48.43 | CheckCard  0129 El Bosque Mexican Rest | 905701291082930 |
| 02/01 | 43.08 | CheckCard  0130 Movie T Rest Richey Rd | 905701300637443 |
| 02/01 | 41.88 | Target T1458 H  02/01 #000635084 Purchase | 950602010635084 |
| 02/01 | 35.01 | Walgreen Compa  02/01 #000619052 Purchase | 950602010619052 |
| 02/01 | 35.00 | CheckCard  0130 Movie Tavern Richey Rd | 905701300635156 |
| 02/01 | 26.76 | Wal-Mart #0849  01/30 #000197963 Purchase | 950601300197963 |
| 02/01 | 13.73 | CheckCard  0128 Kfc D212025    19620251 | 905701280084701 |
| 02/01 | 2.00 | Sky Food Mart   02/01 #000304675 Withdrwl | 950602010304675 |
| 02/02 | 500.00 | BkofAmerica ATM 02/02 #000005871 Withdrwl | 950602020005871 |
| 02/02 | 57.12 | Wal-Mart #0849  02/02 #000656477 Purchase | 950602020656477 |
| 02/02 | 44.63 | CheckCard  0131 China Bear North | 905701310615065 |
| 02/02 | 13.17 | CheckCard  0201 Mom's Country Kitchen | 905702010849878 |
| 02/02 | 4.00 | CheckCard  0131 China Bear North | 905701310688570 |
| 02/03 | 70.00 | Kroger 18518 K  02/03 #000425120 Purchase | 950602030425120 |
| 02/03 | 57.12 | Wal-Mart #5287  02/03 #000861057 Purchase | 950602030861057 |
| 02/04 | 100.54 | Wal-Mart #0849  02/04 #000366883 Purchase | 950602040366883 |
| 02/04 | 100.54 | Wal-Mart #0849  02/04 #000598728 Purchase | 950602040598728 |
| 02/04 | 100.54 | Wal-Mart #0849  02/04 #000899437 Purchase | 950602040899437 |
| 02/04 | 100.54 | Wal-Mart #0849  02/04 #000168221 Purchase | 950602040168221 |
| 02/04 | 53.00 | Kroger 18518 K  02/04 #000153455 Purchase | 950602040153455 |
| 02/04 | 49.26 | CheckCard  0203 Bravos Mexican Restaura | 905702031259114 |
| 02/04 | 49.05 | CheckCard  0202 Mckenzie's Barbque | 905702020411885 |
| 02/04 | 40.00 | BkofAmerica ATM 02/04 #000003402 Withdrwl | 950602040003402 |
| 02/04 | 29.99 | CheckCard  0204 Mister Car Wash 802 | 905702041350578 |
| 02/04 | 20.54 | Wal-Mart #0849  02/04 #000670375 Purchase | 950602040670375 |
| 02/04 | 2.04 | Wal-Mart #0849  02/04 #000496860 Purchase | 950602040496860 |
| 02/05 | 161.46 | CheckCard  0204 Autozone # 4226 | 905702041486670 |
| 02/05 | 100.00 | BkofAmerica ATM 02/05 #000007456 Withdrwl | 950602050007456 |
| 02/05 | 57.12 | Wal-Mart #5287  02/05 #000791509 Purchase | 950602050791509 |
| 02/05 | 40.00 | BkofAmerica ATM 02/05 #000007448 Withdrwl | 950602050007448 |

Case 09-37651   Document 48   Filed in TXSB on 04/19/10   Page 9 of 13   H

Page 5 of 7
Statement Period
02/01/10 through 02/28/10
E0   P  PA   0A 51                  0266678
Enclosures 0
Account Number  5860 0351 6170

HAWK FREIGHT LOGISTICS LLC
DBA HAWK LOGISTICS
MAIN ACCOUNT

## Withdrawals and Debits - Continued
### Other Debits

| Date Posted | Amount ($) | Description | Bank Reference |
|---|---|---|---|
| 02/08 | 126.95 | CheckCard  0204 Friendly Mart | 905702041488327 |
| 02/08 | 56.97 | CheckCard  0205 Incredible Pizza | 905702051057465 |
| 02/08 | 40.00 | CheckCard  0206 Movie Tavern Richey Rd | 905702060676697 |
| 02/08 | 24.63 | CheckCard  0205 Bravos Mexican Restaura | 905702051459049 |
| 02/08 | 24.06 | Kroger Kuykend  02/07 #000144241 Purchase | 950602070144241 |
| 02/08 | 23.02 | Walgreen Compa  02/06 #000803986 Purchase | 950602060803986 |
| 02/09 | 84.00 | Kroger 18518 K  02/09 #000222960 Purchase | 950602090222960 |
| 02/09 | 75.00 | Valero 1400      02/09 #000670539 Purchase | 950602090670539 |
| 02/09 | 70.91 | Wal-Mart #0849  02/09 #000359508 Purchase | 950602090359508 |
| 02/09 | 52.96 | CheckCard  0208 Wingstop | 905702080414540 |
| 02/09 | 30.75 | CheckCard  0207 Spring 10      07024268 | 905702070101665 |
| 02/09 | 24.97 | Sou Heb Grocer  02/09 #000091906 Purchase | 950602090091906 |
| 02/09 | 24.00 | CheckCard  0207 Spring 10      07024268 | 905702070101775 |
| 02/09 | 10.69 | CheckCard  0208 Spring Ace Hardware | 905702080953997 |
| 02/10 | 305.00 | Wal-Mart #5287  02/10 #000452300 Purchase | 950602100452300 |
| 02/10 | 272.90 | Wal-Mart #0849  02/10 #000676818 Purchase | 950602100676818 |
| 02/10 | 76.00 | Wal-Mart #0849  02/10 #000276710 Purchase | 950602100276710 |
| 02/10 | 60.00 | Bridgestone Ci  02/10 #000114160 Purchase | 950602100114160 |
| 02/10 | 53.65 | Wal-Mart #0849  02/10 #000866456 Purchase | 950602100866456 |
| 02/12 | 72.29 | Wal-Mart #0849  02/12 #000452314 Purchase | 950602120452314 |
| 02/12 | 56.14 | Wal-Mart #0849  02/12 #000378626 Purchase | 950602120378626 |
| 02/12 | 17.13 | CheckCard  0210 Hartz Chicken #118 | 905702100444977 |
| 02/16 | 38.84 | CheckCard  0212 Kroger #114 | 905702120831692 |
| 02/16 | 33.50 | CheckCard  0211 2920 Citgo | 905702110957848 |
| 02/16 | 22.56 | CheckCard  0212 Whataburger 903    Q26 | 905702121150702 |
| 02/16 | 17.50 | CheckCard  0211 Chick-Fil-A #02069 | 905702110895702 |
| 02/16 | 13.80 | CheckCard  0212 Kfc W150172    31501729 | 905702120137443 |
| 02/18 | 96.22 | Wal-Mart #1837  02/18 #000378854 Purchase | 950602180378854 |
| 02/18 | 20.44 | Target T1458 H  02/18 #000769951 Purchase | 950602180769951 |
| 02/19 | 571.33 | Wal-Mart #1837  02/19 #000292300 Purchase | 950602190292300 |
| 02/19 | 200.00 | BkofAmerica ATM 02/19 #000001666 Withdrwl | 950602190001666 |
| 02/19 | 45.00 | Shell Service   02/19 #000751794 Purchase | 950602190751794 |
| 02/22 | 160.00 | BkofAmerica ATM 02/22 #000005733 Withdrwl | 950602220005733 |
| 02/22 | 90.64 | CheckCard  0220 Juanita s Mexican Grill | 905702201345321 |
| 02/22 | 66.70 | CheckCard  0221 Spring Creek Klein | 905702211579712 |
| 02/22 | 60.00 | CheckCard  0219 Shell Oil 57528752900 | 905702190380861 |
| 02/22 | 52.00 | Shell Service   02/20 #000776938 Purchase | 950602200776938 |
| 02/22 | 27.26 | CheckCard  0218 Denny's # 7621 | 905702180843187 |
| 02/22 | 25.79 | CheckCard  0219 Mcdonald's F6997 | 905702191588438 |
| 02/22 | 8.54 | CheckCard  0219 Mom's Country Kitchen | 905702190965811 |
| 02/22 | 8.02 | Autozone 1473   02/20 #000444886 Purchase | 950602200444886 |
| 02/23 | 100.12 | CheckCard  0221 Sears Roebuck    1237 | 905702210272897 |
| 02/23 | 8.65 | CheckCard  0220 Oreilly Auto  00008623 | 905702200577370 |
| 02/24 | 247.89 | CheckCard  0223 Intuit *payroll | 905702230549003 |
| 02/24 | 96.40 | CheckCard  0222 Shell Oil 57528752900 | 905702220267934 |
| 02/24 | 59.00 | CheckCard  0223 2920 Citgo | 905702230926681 |
| 02/24 | 14.39 | CheckCard  0222 Mcdonald's F10126 | 905702220908783 |
| 02/25 | 27.17 | CheckCard  0223 Juanita s Mexican Grill | 905702230791975 |
| 02/26 | 90.00 | CheckCard  0225 Navnit Mehta MD | 905702251445235 |
| 02/26 | 54.53 | Wal-Mart #0849  02/26 #000282308 Purchase | 950602260282308 |
| 02/26 | 42.00 | CheckCard  0225 Deerbrook Pharmacy | 905702251109454 |
| 02/26 | 19.49 | CheckCard  0225 Mom's Country Kitchen | 905702250884121 |
| 02/26 | 10.71 | CheckCard  0225 Mcdonald's F6132 | 905702251504968 |
| 02/26 | 5.66 | Heb Grocery #6  02/26 #000364236 Purchase | 950602260364236 |

HAWK FREIGHT LOGISTICS LLC  
DBA HAWK LOGISTICS  
MAIN ACCOUNT

Page 6 of 7  
Statement Period  
02/01/10 through 02/28/10  
E0  P  PA   0A 51  
Enclosures 0  
Account Number  5860 0351 6170

## Withdrawals and Debits - Continued
### Other Debits

| Date Posted | Amount ($) | Description | Bank Reference |
|---|---|---|---|
| **Subtotal** | 6,384.90 | | |

### Total Overdraft Fees and NSF: Returned Item Fees

| | Total for This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $175.00 | $315.00 |
| Total NSF: Returned Item Fees | $0.00 | $210.00 |

We refunded to you a total of $209.82 in fees for Overdraft and/or NSF: Returned Items this year.

### Daily Ledger Balances

| Date | Balance ($) | Date | Balance ($) | Date | Balance ($) |
|---|---|---|---|---|---|
| 02/01 | 1,537.58 | 02/10 | 2,572.34 | 02/22 | 13,782.71 |
| 02/02 | 5,035.87 | 02/11 | 3,091.34 | 02/23 | 13,573.94 |
| 02/03 | 4,908.75 | 02/12 | 506.92 | 02/24 | 13,156.26 |
| 02/04 | 7,574.67 | 02/16 | 2,897.29 | 02/25 | 10,777.75 |
| 02/05 | 6,122.63 | 02/17 | 2,827.29 | 02/26 | 10,940.92 |
| 02/08 | 5,814.38 | 02/18 | 14,926.35 | | |
| 02/09 | 4,081.41 | 02/19 | 16,256.96 | | |

# Hawk Freight Logistics, LLC   D/B/A Hawk Logistics
## A/R Aging Detail
### As of February 28, 2010

| Type | Date | Num | P.O. # | Name | Terms | Due Date | Aging | Open Balance |
|---|---|---|---|---|---|---|---|---|
| **Current** | | | | | | | | |
| Invoice | 2/3/2010 | 8528-... | 45484806 | GREENE, TWEED ... | | 2/3/2010 | 25 | 156.25 |
| Invoice | 2/3/2010 | 8529-... | 45485654 | GREENE, TWEED ... | | 2/3/2010 | 25 | 1,148.00 |
| Invoice | 2/3/2010 | 8535-... | po926-04-013 | INDUSTRIAL WAT... | | 2/3/2010 | 25 | 107.10 |
| Invoice | 2/9/2010 | 8540-... | rich-aberdeen | FASTORQ BOLTIN... | | 2/9/2010 | 19 | 2,023.00 |
| Invoice | 2/9/2010 | 8541-... | po926-20-003 | INDUSTRIAL WAT... | | 2/9/2010 | 19 | 107.10 |
| Invoice | 2/9/2010 | 8542-... | po931-04-001 | INDUSTRIAL WAT... | | 2/9/2010 | 19 | 2,722.00 |
| Invoice | 2/9/2010 | 8549-... | po926-04-003 | INDUSTRIAL WAT... | | 2/9/2010 | 19 | 12,705.00 |
| Invoice | 2/9/2010 | 8550-... | 72890-74030r | AMERICAN DOOR ... | | 2/9/2010 | 19 | 95.20 |
| Invoice | 2/11/2010 | 8553-... | 75653 | AMERICAN DOOR ... | | 2/11/2010 | 17 | 125.00 |
| Invoice | 2/11/2010 | 8554-... | PO931-04-002 | INDUSTRIAL WAT... | | 2/11/2010 | 17 | 107.10 |
| Invoice | 2/11/2010 | 8555-... | 78617RD | GREENE, TWEED ... | | 2/11/2010 | 17 | 59.50 |
| Invoice | 2/11/2010 | 8556-... | 78617r9/2d | GREENE, TWEED ... | | 2/11/2010 | 17 | 59.50 |
| Invoice | 2/11/2010 | 8557-... | 806546line10-20 | AMERICAN DOOR ... | | 2/11/2010 | 17 | 184.50 |
| Invoice | 2/19/2010 | 8558-... | 75742 | AMERICAN DOOR ... | | 2/19/2010 | 9 | 95.20 |
| Invoice | 2/19/2010 | 8559-... | 7802902 | AMERICAN DOOR ... | | 2/19/2010 | 9 | 89.25 |
| Invoice | 2/19/2010 | 8560-... | 75761 | INDUSTRIAL WAT... | | 2/19/2010 | 9 | 107.10 |
| Invoice | 2/19/2010 | 8561-... | po931-04-003 | AMERICAN DOOR ... | | 2/19/2010 | 9 | 138.69 |
| Invoice | 2/19/2010 | 8562-... | 75894 | AMERICAN DOOR ... | | 2/19/2010 | 9 | 89.25 |
| Invoice | 2/19/2010 | 8563-... | 75996 | AMERICAN DOOR ... | | 2/19/2010 | 9 | 65.00 |
| Invoice | 2/19/2010 | 8564-... | 45488807 | GREENE, TWEED ... | | 2/19/2010 | 9 | 169.00 |
| Invoice | 2/19/2010 | 8565-... | 75936 | AMERICAN DOOR ... | | 2/19/2010 | 9 | 600.00 |
| Invoice | 2/19/2010 | 8566-... | 1173130 | AMERICAN DOOR ... | | 2/19/2010 | 9 | 1,055.86 |
| Invoice | 2/19/2010 | 8567-... | 1173129 | ANI MATE | | 2/19/2010 | 9 | 1,089.23 |
| Invoice | 2/26/2010 | 8568-... | 1173131 | ANI MATE | | 2/26/2010 | 2 | 95.20 |
| Invoice | 2/26/2010 | 8569-... | 76093 | AMERICAN AMERICAN ... | | 2/26/2010 | 2 | 107.10 |
| Invoice | 2/26/2010 | 8570-... | po931-04-006 | AMERICAN DOOR ... | | 2/26/2010 | 2 | 89.25 |
| Invoice | 2/26/2010 | 8571-... | 76181 | AMERICAN DOOR ... | | 2/26/2010 | 2 | 89.25 |
| Invoice | 2/26/2010 | 8572-... | 75957 | AMERICAN DOOR ... | | 2/26/2010 | 2 | 314.76 |
| Invoice | 2/26/2010 | 8573-... | po926-04-004 | INDUSTRIAL WAT... | | 2/26/2010 | 2 | 868.70 |
| Invoice | 2/26/2010 | 8574-... | 10350 | FASTORQ BOLTIN... | | 2/26/2010 | 2 | 186.83 |
| Invoice | 2/26/2010 | 8575-... | po931-04-004 | INDUSTRIAL WAT... | | 2/26/2010 | 2 | 112.15 |
| Invoice | 2/26/2010 | 8576-... | 75997 | AMERICAN DOOR ... | | 2/26/2010 | 2 | 1,280.92 |
| Invoice | 2/26/2010 | 8577-... | 75977 | AMERICAN DOOR ... | | 2/26/2010 | 2 | 1,470.73 |
| Invoice | 2/26/2010 | 8578-... | pop70108 | ANI MATE | | 2/26/2010 | 2 | |
| **Total Current** | | | | | | | | 27,807.92 |
| **1 - 30** | | | | | | | | |
| Invoice | 1/12/2010 | 8503-... | Digital | DIGITAL FOUNDRY | | 1/12/2010 | 47 | 249.00 |
| Invoice | 1/22/2010 | 8505-... | 786179line020cd | GREENE, TWEED ... | | 1/22/2010 | 37 | 254.00 |
| Invoice | 1/22/2010 | 8506-... | 786179cd | GREENE, TWEED ... | | 1/22/2010 | 37 | 260.00 |
| Invoice | 1/22/2010 | 8517-... | 74577 | AMERICAN DOOR ... | | 1/22/2010 | 37 | 129.48 |
| Invoice | 1/22/2010 | 8524-... | PO926-99-011 | INDUSTRIAL WAT... | | 1/22/2010 | 37 | 153.00 |
| **Total 1 - 30** | | | | | | | | 1,045.48 |
| **31 - 60** | | | | | | | | |

12:27 PM
04/07/10

# Hawk Freight Logistics, LLC   D/B/A Hawk Logistics
## A/R Aging Detail
### As of February 28, 2010

| Type | Date | Num | P.O. # | Name | Terms | Due Date | Aging | Open Balance |
|---|---|---|---|---|---|---|---|---|
| **61 - 90** | | | | | | | | |
| Invoice | 12/11/2009 | 8476-... | 6854 | PEARLAND INDUS... | | 12/11/2009 | 79 | 1,050.00 |
| Invoice | 12/11/2009 | 8477-... | 6876 | PEARLAND INDUS... | | 12/11/2009 | 79 | 1,050.00 |
| Invoice | 10/7/2009 | 8416-... | 1173115 | ADMINISTAFF | | 12/28/2009 | 62 | 17.50 |
| Invoice | 10/18/2009 | 8425-... | 1173116 | ADMINISTAFF | | 12/28/2009 | 62 | 50.00 |
| Invoice | 10/18/2009 | 8427-... | 1173117 | ADMINISTAFF | | 12/28/2009 | 62 | 26.00 |
| Invoice | 10/18/2009 | 8428-... | 1173118 | ADMINISTAFF | | 12/28/2009 | 62 | 26.00 |
| Invoice | 10/28/2009 | 8442-... | 1173114 | ADMINISTAFF | | 12/28/2009 | 62 | 26.50 |
| **Total 61 - 90** | | | | | | | | 2,246.00 |
| **> 90** | | | | | | | | |
| **Total > 90** | | | | | | | | |
| **TOTAL** | | | | | | | | 31,099.40 |

12:24 PM
04/07/10
Accrual Basis

# Hawk Freight Logistics, LLC   D/B/A Hawk Logistics
## Profit & Loss
### February 2010

|  | Feb 10 |
|---|---:|
| **Ordinary Income/Expense** | |
|   **Income** | |
|     Gross Trucking Income | 48,692.67 |
|     Refund | 57.38 |
|   **Total Income** | 48,750.05 |
|   **Gross Profit** | 48,750.05 |
|   **Expense** | |
|     Automobile Expense | 1,028.02 |
|     Bank Service Charges | 294.00 |
|     Child Support | 1,417.36 |
|     Communication | 493.46 |
|     Computer and Internet Expenses | 657.50 |
|     Contract Labor | 4,463.90 |
|     Equipment Rental | 400.00 |
|     Freight | 7,511.86 |
|     Insurance Expense | 137.50 |
|     Meals and Entertainment | 787.33 |
|     Office Supplies | 384.46 |
|     Reconciliation Discrepancies | 10.78 |
|     Repairs and Maintenance | 50.00 |
|     Taxes | 550.00 |
|     Utilities | 124.45 |
|   **Total Expense** | 18,310.62 |
| **Net Ordinary Income** | 30,439.43 |
| **Net Income** | 30,439.43 |