IN THE UNITED STATE BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | * | |
| | * | CASE NO. 09-37651 |
| HAWK FREIGHT LOGISTICS, L.L.C. aka | * | Chapter 11 |
| HAWK LOGISTICS | * | |
| | * | |
| DEBTOR | * | Judge Isgur |

# MOTION TO WITHDRAW
## AS COUNSEL FOR DEBTOR

Matthew L. Pepper counsel for Hawk Freight Logistics, L.L.C. debtor and debtor in possession (hereinafter "Hawk")files this Motion to Withdraw and respectfully represents the following.

1. On October 7, 2009, the Debtor filed a voluntary petition under chapter 11 of the Bankruptcy Code and now acts as Debtor- In- Possession pursuant to 11 U.S.C. Sec 1107.

2. Debtor has been unable to communicate with counsel or timely file the necessary fees and reports as required by the Bankruptcy rules and therefore counsel has been unable to help the debtor successfully complete his filing

3. Attached hereto As Exhibit "A" is the letter counsel sent to the debtor notifying him of counsel's desire to withdraw from the case.

WHEREFORE, Matthew L. Pepper requests this Court to enter an order authorizing the withdrawal of Matthew L. Pepper Attorney at Law as counsel for the debtor herein.

Dated: April 21, 2010.

Respectfully Submitted,

By:

/s/Matthew L. Pepper
_____
MATTHEW L. PEPPER
Proposed Counsel for the Debtor
SBOT 24066817
25211 Grogans Mill Rd., Suite 450
The Woodlands, TX 77379
(281)367-2266
Fax (281) 292-6072

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the following was served upon the United States Trustee, Suite 3516, 515 Rusk, Houston, TX 77002 and upon all parties in interest in this case by regular first class mail or by electronic transmission on April 21, 2010.

/s/ Matthew L. Pepper
_____
MATTHEW L. PEPPER