IN THE UNITED STATE BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | * | |
| | * | CASE NO. 09-37651 |
| HAWK FREIGHT LOGISTICS, L.L.C. aka | * | Chapter 11 |
| HAWK LOGISTICS | * | |
| | * | |
| DEBTOR | * | Judge Isgur |

# ORDER

Considering the foregoing Motion to Withdraw as Counsel for Debtor by MATTHEW L. PEPPER:

IT IS HEREBY ORDERED that MATTHEW L. PEPPER be and is hereby withdrawn as counsel of record for the Debtor in this matter.

Done and passed in Houston, TX, this the _____ day of _____, 2010.

_____
UNITED STATES BANKRUPTCY JUDGE