LAW OFFICES

# Matthew L. Pepper
### ATTORNEY AT LAW

Matthew L. Pepper (TX, LA, MS)  COMPASS BANK BUILDING  pepperlaw@msn.com

25211 Grogan's Mill Road, Suite 450
The Woodlands, Texas 77380
(281) 367-2266
FAX (281) 292-6072

March 24, 2010

VIA REGULAR AND CERTIFIED MAIL
Mr. Roger Rumsey
Hawk Logistics
20715 Deauville Drive
Spring, Texas 77388

Re: Withdrawal as Counsel of Record
in Hawk Freight Logistics Bankruptcy Case No. 09-37651

Dear Mr. Rumsey;

Please be advised that I am withdrawing as counsel of record in the above referenced matter. It has come to my attention that you have failed to furnish the last three monthly reports, failed to pay the quarterly bankruptcy fee and refuse to obtain the proper information for the first set of reports filed. Under these conditions I am no longer willing to serve as your counsel in this matter. I wish you the best of luck in your future endeavors.

Sincerely,

Matthew L. Pepper

MLP/al

MATTHEW PEREZ
Attorney at Law
25211 Grogan's Mill Road, Suite 450
The Woodlands, TX 77380

1ST NOTICE
2ND NOTICE 3/24
RETURN 4/1

Mr. Roger Rooney
2071
Haw
Spr
773 SE 1

NIXIE 773 SE 1   DO 04/15/10
    RETURN TO SENDER
    NOT DELIVERABLE AS ADDRESSED
    UNABLE TO FORWARD
BC: 77380292400   *2533-05841-25-39

7009 1680 0001 1076 0549

CERTIFIED MAIL



$005.54⁰
MAILED FROM ZIPCODE 77380
MAR 24 2010