## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| **In re:** | § | **Case No.** 09-37651-H1-11 |
| HAWK FREIGHT LOGISTICS LLC | § | **(Chapter 11)** |

### DEFAULT/UNOPPOSED/UNCONTESTED ORDER GRANTING RELIEF
### FROM AUTOMATIC STAY
### (This Order Resolves Docket #53)

DCFS USA LLC Successor to DaimlerChrysler Financial Services Americas L.L.C. ("Movant") filed a motion for relief from the automatic stay against a 2003 Freightliner Colombia; 2003 Freightliner Colombia, Vehicle Identification No. 1FUJA6CV83LL95987; 1FUJA6CVX3LL95974 (the "Property"). Movant represented to the Court that it had served the motion in accordance with all applicable rules and provided notice of the hearing. As certified by Movant's counsel, there is no effective opposition to the requested relief. Accordingly, the Court grants relief.

It is ordered that Movant is granted relief from the automatic stay to pursue its state law remedies, including foreclosure, repossession and/or eviction with respect to the Property.

ReservedForJudgeSignature

IF NO OPPOSITION OR REQUEST FOR HEARING HAS BEEN FILED 5 DAYS BEFORE THE SCHEDULED HEARING ON THE MOTION TO LIFT STAY, MOVANT MAY COMPLETE AND FILE THE FOLLOWING CERTIFICATION. IF THE CERTIFICATION IS MADE AT LEAST 2 DAYS PRIOR TO THE HEARING, (EXCLUDING INTERMEDIATE WEEKENDS AND HOLIDAYS), MOVANT NEED NOT ATTEND THE HEARING. THE COURT WILL EITHER ISSUE THE DEFAULT ORDER OR WILL RESCHEDULE THE HEARING IF THE COURT DETERMINES THAT A HEARING IS NEVERTHELESS NECESSARY.

**Counsel's Certification:**

Movant's motion for relief from the stay was served in accordance with applicable bankruptcy rules on May 3, 2010. I have reviewed the docket sheet in this case to confirm the accuracy of the statements in this certification. Any trustee response that has been filed reflects an absence of opposition. Additionally, I certify that (i) no response has been filed by the debtor or any creditor; (ii) although a response was filed, the only responses reflected an absence of opposition to the requested relief; or (iii) although a response was filed, the response did not deny ANY of the factual allegations in the motion.

| | |
|---|---|
| ____/s/____ Stephen G. Wilcox | Date: May 24, 2010 |

Stephen G. Wilcox
State Bar Number 21454300
S.D. Texas Bar Number 20929
BASSEL & WILCOX, P.L.L.C.
P.O. Box 11509

Fort Worth, Texas  76110-0509
Telephone: (817) 870-1709
Fax: (817) 870-1181
E-mail: swilcox@basselwilcox.com
**ATTORNEYS FOR DCFS USA LLC SUCCESSOR TO DAIMLERCHRYSLER FINANCIAL SERVICES AMERICAS L.L.C.**.

7541.00225/252399