UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
CHARLES F. MC VAY
UNITED STATES TRUSTEE
NANCY L. HOLLEY
TRIAL ATTORNEY
515 Rusk, Ste. 3516
Houston, Texas  77002
Telephone: (713) 718-4650
Facsimile:  (713) 718-4680

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | CASE NUMBER |
| | § | |
| HAWK FREIGHT LOGISTICS LLC | § | 09-37651-H1-11 |
| | § | |
| DEBTOR | § | |

**UNITED STATES TRUSTEE'S MOTION TO CONVERT**

********************************************************************************

**THIS MOTION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU.  IF YOU OPPOSE THE MOTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE.  IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY. YOU MUST FILE AND SERVE YOUR RESPONSE WITHIN 21 DAYS OF THE DATE THIS WAS SERVED ON YOU. YOUR RESPONSE MUST STATE WHY THE MOTION SHOULD NOT BE GRANTED.  IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU. IF YOU OPPOSE THE MOTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE MOTION AT THE HEARING.**

**REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEY.**
********************************************************************************

TO:    THE HONORABLE MARVIN ISGUR
       UNITED STATES BANKRUPTCY JUDGE:

      COMES NOW, THE UNITED STATES TRUSTEE, ("UST"), through the undersigned counsel and respectfully moves this Court under 11 U.S.C. §1112 for an order under BLR 1017(a) and 11 U.S.C. §1112 for an order converting this case to a proceeding under chapter 7. In support thereof, the UST represents and alleges as follows:

1.      Charles F. McVay is the United States Trustee for the Southern and Western Districts of Texas.

2.      The United States Trustee is an officer of the United States Department of Justice. 28 U.S.C. §581. His duties are set forth in 28 U.S.C. §586, 11 U.S.C. §307 and throughout the Bankruptcy Code, 11 U.S.C. §101, et. seq.

3.      The UST is imposed with certain administrative responsibilities pursuant to 28 U.S.C. §586(a), which include the supervision of the administration of cases and trustees under chapters 7, 11, 12 and 13 of the Bankruptcy Code. To carry out this responsibility, the UST was given standing to raise and be heard on any issue in any case or proceeding. 11 U.S.C. §307.

4.      Hawk Freight Logistics, LLC, the "Debtor", filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Bankruptcy Code (the "Bankruptcy Code") on October 7, 2009.

5.      Because the Debtor claimed on its petition to be a small business as defined under 11 U.S.C.§101(51D), it had the exclusive right to file a plan until April 4, 2010. No plan or disclosure statement or motion for extension of time to file these documents has been filed as of the date of this motion.

6.      If the Debtor is actually a "small business" as defined by 11 U.S.C.§101(51D) of the Bankruptcy Code, it has 300 days or until August 2, 2010, to file a plan.

7.      Whether the Debtor is actually a "small business" as defined under §101(51D) of the Bankruptcy Code is questionable. This section of the Code limits small business debtors to those with no more than $2,190,000 in aggregate non-contingent liquidated secured and unsecured debt. The Debtor claimed all listed creditors were "disputed" due to bookkeeping issues and listed most as "amount unknown." The Debtor's claims register shows claims totaling **$17,767,535.02** as of June 2, 2010.

8.      Counsel for the Debtor requested permission to withdraw from representation by motion filed April 21, 2010. A hearing has been set on counsel's request to withdraw for June 23, 2010. As a corporation, the Debtor cannot proceed to prosecute this bankruptcy without the representation of counsel.

9.      Upon information and belief, the Debtor has not timely filed a monthly operating report for the month of April, 2010.

10.     Review of the monthly operating reports filed by the Debtor and attachments to those reports (docket #'s 34, 35, 46, 47, 48, 54) show that the principal of the Debtor, Roger Rumsey, has continued to use the corporate checking account for what appears to be personal living expenses (eating out, groceries, entertainment, tanning services, pet care, etc.). These debits are booked in the company records as "member's draw". Such use of the corporate accounts appears to be in direct violation of this Court's admonition that Rumsey should take a salary and not pay personal expenses out of the company accounts.

11. Review of the last monthly operating report showed a net cash profit of only $1,111.71 for the month of March, 2010, and projected a cash profit for April of $4,000. While the monthly operating report for April has not yet been filed, the Debtor's bank statement for April attached to its March MOR shows an ending cash balance of $7,825.56 or $4,226.77 less than the cash balance at the beginning of the month. Such operations due not show the accumulation of cash with which to make future plan payments.

12. Pursuant to 28 U.S.C. § 1930(a)(6), the Debtor is required to pay a quarterly fee to the UST in a case under chapter 11 of title 11 for each quarter, including any fraction thereof, until the case is converted or dismissed or an order closing the case has been entered, whichever occurs first. Upon information and belief, the Debtor has not submitted payment of quarterly fees assessed for the either the fourth quarter of 2009 or the first quarter of 2010. The Debtor is currently delinquent in the payment of UST quarterly fees in the amount of $1,300.

## STATUTORY AUTHORITY

13. Section 1112(b)(1) provides:

> Except as provided in paragraph (2) of this subsection, subsection (c) of this section, and section 1104(a)(3), on request of a party in interest, and after notice and a hearing, absent unusual circumstances specifically identified by the court that establish that the requested conversion or dismissal is not in the best interests of creditors and the estate, the court shall convert a case under this chapter to a case under chapter 7 or dismiss a case under this chapter, whichever is in the best interests of creditors and the estate, if the movant establishes cause.

14. Section 1112(b)(4) sets forth the grounds in which a party-in-interest or the United States Trustee may convert or dismiss a case, for cause, including-

(A) substantial or continuing loss to or diminution of the estate and the absence of a reasonable likelihood of rehabilitation;

(F) unexcused failure to satisfy timely any filing or reporting requirement established by this title or by any rule applicable to a case under this chapter;

(J) failure to file a disclosure statement, or to file or confirm a plan, within the time fixed by this title or by order of the court;

(K) failure to pay any fees or charges required under chapter 123 of title 28;

15. Furthermore, BLR 1017(a) sets forth the grounds for conversion or dismissal for "want of prosecution" which include, but are not limited to:

 (2) The failure of a non-individual debtor to act through counsel in the filing of a bankruptcy petition or the prosecution of a case.

 (10) unpaid U.S. trustee quarterly fees.

## ARGUMENT

16. The UST would argue that the Debtor's failure to be represented by counsel, failure to file a disclosure statement and plan during the exclusivity period, and failure to file its April monthly operating report constitutes a failure to timely and diligently prosecute this bankruptcy case and therefore cause exists under 11 U.S.C. §§1112(b)(4)(F) and (J) and BLR 1017(a)(2) for conversion or dismissal of this proceeding for "want of prosecution".

17. The UST would further that by failing to pay UST quarterly fees pursuant to 28 U.S.C. §1930(a)(6), the Debtor has failed to pay fees required under Chapter 123 of Title 28 and therefore, grounds exist for the conversion or dismissal of this proceeding under 11 U.S.C. §1112(b)(4)(K) and BR 1017(a)(10).

18. The UST would argue that the Debtor's monthly operating reports show use of the corporate bank account which constitutes diminution of the estate and an absence of a reasonable likelihood that the Debtor will be able to propose a feasible plan of reorganization, which is grounds for conversion under 11 U.S.C. §1112(b)(4)(A).

19. The UST would argue that because of the large number of creditors and the long period of time that this case has been pending under the protection of the Bankruptcy Court that this case should not be dismissed but rather a chapter 7 trustee permitted to investigate the Debtor's use of assets during this bankruptcy case.

 WHEREFORE, the United States Trustee respectfully requests that this Court enter an order converting this case to chapter 7 , and for such other and further relief as is appropriate.

Dated: June 4, 2010.         Respectfully submitted,
                CHARLES F. MC VAY
                UNITED STATES TRUSTEE

                By: */s/ Nancy L. Holley*
                Nancy L. Holley, Attorney
                Texas State Bar #09875550
                515 Rusk, Ste. 3516
                Houston, Texas 77002
                (713) 718-4650: Telephone
                (713) 718-4670: Facsimile

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the UNITED STATES TRUSTEE'S MOTION TO CONVERT and proposed order were served upon the Debtor, Debtor's counsel, the Creditors on the Matrix and All Interested Parties by ECF Filing OR United States mail, first class, postage prepaid on the 7th day of June, 2010, at the addresses indicated below.

                                                */s/ Nancy L. Holley*
                                                Nancy L. Holley, Attorney
                                                Texas State Bar #09875550
                                                515 Rusk, Ste. 3516
                                                Houston, Texas  77002
                                                (713) 718-4650: Telephone
                                                (713) 718-4670: Facsimile

| Left Column | Right Column |
|---|---|
| **Debtor:** | |
| | AT&T |
| Hawk Freight Logistics LLC | P.O. Box 90245 |
| P O Box 62409 | Arlington, TX 76004 |
| Houston, TX 77205 | |
| | Absolute Sports Connection |
| **Debtor's Counsel**: | All Sports Trophy |
| | 18741 Stuebner Airline |
| Matthew Louis Pepper | Spring, TX 77379 |
| Compass Bank Building | |
| 25211 Grogans Mill Rd., Ste 450 | Absolute Team Sports, Ltd |
| The Woodlands, TX 77380 | 18741 Stuebner Airline Rd. |
| | Spring, TX  77379-5458 |
| **Creditors on Matrix and** | |
| **Parties Requesting Notice:** | Accelerated |
| | P .O . Box 116092 |
| Submar, Inc. | Atlanta, GA 30368 |
| c/o Balcom Law Firm | |
| West Memorial Park | Accelerated Courier Inc. |
| 8584 Katy Fwy, Ste 305 | 515 Airpack Ctr Dr. |
| Houston, TX 77024 | Nashville, TN 37217 |
| | |
| A-1 Delivery | Accent Energy |
| P .O . Box 36906 | 6065 Memorial Dr |
| Houston , TX 77236 | Dublin, OH 43017 |
| | |
| AICCO,Inc. | Accent Energy |
| 101 Hudson Street, 34th Fl | P.O. Box 4851 |
| Jersey City, New Jersey 07302 | Houston, TX 77210 |
| | |
| AICCO,Inc. | Advance Business Capital, LLC |
| 45 E. Riverpark, Ste 3O8 | 7O1 Canyon Dr., Ste. l05 |
| Fresno CA 93720 | Coppell, TX 75019 |

Air Ground Express
P.O. Box 438
Clinton, PA 15026

Airport Drayage
6331 N . 112th Ave
Portland , OR 97220

Alamo Bkge Corp.
c/o Matthew Louis Pepper
25211 Grogans Mill Rd., Ste 450
The Woodlands, TX 77380

Amegy Bank
655 Business Center Dr
Horsham, PA. 19044

American Airlines Cargo
P.O. Box 619616, Mail Drop 4418
DFW Airport, TX 75261-9616

American Transport, Inc
1OO Industry Dr
Pittsburg, PA 15275-1014

Aurora Trailer Leasing & Rental,LLC
16305 Swingley Ridge Rd., Ste. 400
Chesterfield, MO 63017

Blakeman Transportation, Inc.
c/o Clint Oldham
1810 8th Ave.
Fort Worth, TX 76110

Bobtail Express
7820 W. Little York Rd
Houston , TX 77040

Bobtail Express
P.O. Box 41073
Houston, Texas 77241

Border Express Co., Inc.
4400 S. 16th St
Fort Smith, AR 72901

Bright Truck Leasing LP
P.O. Box 951869
Dallas, TX 75395-1869

CMA-CGM (America) LLC
5701 Lake Wright Dr
Norfolk , VA 23502

CRST Logistics
PO Box 68
Cedar Rapids, IA 52406

CRST Malone Inc
PO Box 68
Cedar Rapids, IA 52406

CSAV Agency North America
99 Wood Ave. S., 9th Fl
Iselin, NJ 08830

Cana Tire, lnc.
2233 Clinton Dr
Galena Park, TX 77547-2753

Cargolux Airlines Int'l
19115 Lee Rd., Ste. A -100
Humble, TX 77338-4189

Carlen Transport
81 Mecaw Rd
Hampden, ME 04444

Central Air Freight
20 S . Powell Dr ., Butler Industrial Park
Hazelton PA 18201

Charles Kendall Freight Ltd.
Spur Rd
Feltham Middlesex TW 14 OSL

Chris Plair Trucking
6827 Silver Shore Ln
Katy, TX 77449

Chrysler Financial Services Americas L.L.C.
P.O. Box 860
Roanoke, Texas 76262

Page 6

CoActiv Capital Partners, Inc
Scott H Marcus
Scott H Marcus & Associates
121 Johnson Road
Turnersville, New Jersey 08012

Crane Masters
6402 McGrew, #A3
Houston , TX 77087

Casters, Inc
c/o Terry Fitzgerald
10077 Grogan's Mill Rd, Ste 540
The Woodlands, Texas 77380

Cranford Transportation
P.O. Box 5O5
Griffen GA 30224

Crescent City Delivery
P .O . Box 2354
Kenner, LA 70063

Crete Carrier Corporation
PO Box 83246
Lincoln, NE 68501

D & N Delivery & Air Truck Express
Mccarran Itn 'l Airport
P.O . Box 11023
Las Vegas, NV 89111

DCFS USA LLC
P.O. Box 2916
Milwaukee, WI 53201
Attn: Tiffanee Walker

Daimler Truck Financial
13650 Heritage Pkwy.
Fort Worth , TX 76177

Dash Pack Express Services, Inc.
5832 Star Lane
Houston, TX 77057

Denver Air
6331 Beach Street
Denver, CO 80221

Diamond Freight Systems, Inc.
645 Keys Road
Yakima, WA 98901

Direct Freight Services
PO Box 131
Chillicothe, MO 64601

Evergreen America Corp., Tollway Plaza I
16000 North Dallas Parkway, Ste. 400
Dallas, TX 75248

Evergreen Shipping Agency
61 Broadway, Se 1410
New York, NY 10006

Exclusive Nationwide Delivery
74O Dalworth St.
Grand Prairie, TX 75050

Fast Fleet
147-10 181st Ave.
Jamacia, NY 11413

Fast Freight Services of Texas Inc
12218 Jones Rd
S-D PMB #212
Houston, TX 77070

Fleetwood Transportation Services, Inc.
7642 S . US Hwy . 59
Diboll, 75941-0430

Flite Pak
15700 Export Plaza, Ste. Z
Houston, TX 77032

Forward Air, Inc.
P.O. Box 1058
Greenville, TN

FreightForce, Inc.
2560 W . Woodland Dr
Anaheim, CA 92801

G&R Trucking
206 Hwy C
Seath , MO 63876

Getloaded .com  
One Park West Cr., Ste 300  
Midlothian, VA 23114  

Global Freight Services  
3623 Metro Pkwy  
San Antonio, TX 78247  

Goose Neck Trucking  
13602 Luthe  
Houston, TX 77039  

Green Mountain Energy  
P .O . Box 660305  
Dallas , TX 75266  

HBI Priority Freight  
45080 O1d Ox Road  
Dulles, VA 20166  

Home Depot  
P .O . Box 689100  
Des Moines, IA 50368  

Housing Chronicle  
801 Texas Ave  
Houston, TX 77002  

Houston Chronicle  
P.O. Box 4260  
Houston , TX 77210-4260  

Humble Fuels LLC  
5550 Homestead Rd  
Houston TX 77028  

INTERNAL REVENUE SERVICE  
P.O. BOX 21126  
PHILADELPHIA, PA 19114  

Internet Truckstop  
P .O . Box 16765  
Denver , CO 80216  

J B Scott Publishing  
P O Box 2685  
Anniston, Alabama 36202  

J J Keller & Associates  
P O Box 548  
Neenah, WI 54957-0548  

JB Scott Publishing  
P .O . Box 2685  
Anniston , AL 36202  

JB Scott Publishing  
Smith Rubin  
P O Box 639  
Belle Chasse, LA 70037  

JDS Express Inc  
2164 Hines Farm Rd  
Jacksonville, NC 28540  

JJ's Truck Service  
3635 Mesa Drive  
Houston TX 77013  

JTW Air Express  
30690 Cypress  
Romulus, MI 48174  

Jay Thurmond  
28927 Stapleford  
Spring, TX 77386  

John Prescott  
11018 Stockwood Dr  
Houston TX 77064  

Johnson Trucking  
12602 Riverhill Ct  
Houston , TX 77014  

Jones Truck Insurance Agency  
10100 Saddle Creek Rd  
Waco, TX 76703  

Kenner Kourier Services, Inc.  
5733 Salmen S.,  
Ste. A  
Harahan, LA 70123-6937  

King's Express  
3813 Broadway  
Buffalo, NY 14227

Kingdom Express Inc
P O Box 622
Newbury Park, CA 91319

LAREDO TRANSPORT & STORAGE, INC
10208 UNION PACIFIC BLVD.
LAREDO, TEXAS 78045

Land Air & Water
P .O . Box 1356
Fontana CA 92334

LandAir Express
P .O . Box 2250
Bowling Green, KY 42102-2250

Landstar Systems, Inc .
13410 Sutton Park Dr., S.
Jacksonville, FL 32224

Laredo Transport & Storage
10208 Union Pacific Blvd
Laredo, TX 78045

Larry Joe Jones
3625 Wellborn #603
Bryan, TX 7780

Libra
c/o CSAV Agency NA
99 Wood Ave., S., 9th FL
Iselin, NJ 08830

Lonestar Delivery
P.O. Box 60034
Midland, TX 79711

Louisiana Transport, Inc.
12755 E. Nine Mile Rd
Warren, MI 48089

MPG Madean Trucking LLC
323 Oxford Drive
Richardson, TX 75080

MS Fleet Services
8650 College Blvd
Overland Park, KS 66210
Major Logistics LLC
1963 Jasper St., Unit A
Aurora, CO 80011

Mason & Dixon Lines, Inc.
12755 E. Nine Mile Rd
Warren, MI 48089

Matson Amer. Trnsp. Svcs., LLC
1395 S. Marietta Pkwy, Bldg. 400, Ste 212
Marietta, GA 30067

Metro Express Inc.
P O Box 4207
Ontario, CA 91761

Milbank Real Estate
66O S. Figueroa St., 24th Fl
Los Angeles, CA 90017

Nebraska Transport
P.O . Box 1646
Scottsbluff, NE 69363-1646

Nextep , Inc
3550 W. Robinson
Norman , OK 73072

OTR Fleet Service LLC
11051 Eastex Fwy
Houston, TX 77093

Office Depot Credit Plan
P.O . Box 689020
Des Moines, IA 50368-9020

Orbit Transportation of Chicago
7300 N . Cicero
Lincolnwood, IL 60712

Out Brokers , LLC
75O Economy Dr .
Clarksville TN 37043

Overhead Door Co of Houston
11533 S Main St
Houston, TX 77025-5905

PLS Logistics Service
The Quad Center
Rochester , PA 15074

Pacific Coast Credit Inc.
135 Silver Ln., #200
Eugene, OR 97404

Pacific Financial
1601 W. Whispering Wind Dr
Phoenix, AR 85085

Parcel Delivery
P.O. Box 9121 AMF
Albuquerque NM 87119

Patriot Group
5000 Terminal St
Bellaire, TX 77401

Peter Working
7500 San Felipe, Ste 750
Houston, TX

Pit Express Systems
53O Moon-Clinton Rd
Coraopolis, PA 15108

Platinum Air Cargo USA LP
P O Box 62307
Houston, TX 77205

Polar Air
P .O . Box 630007
Houston TX 77263

Pop-A-Dent
12751 Whistling Springs
Humble, TX 77346

Primary Freight
1144 Tower Lane
Bensenville, IL 60106

Prime Inc
P .O. Box 10108
Springfield, MO 10108

Professional Fleet
5380 W. 34th St, Ste 317
Houston, TX 77092

R & L Carriers
6OO Gilliam Rd
Wilmington, OH 45177

RHDC International, Inc.
PO Box 741091
Houston, TX 77274-1091

Reliable Wave Shipping
2l9 N. Whispering Hills Rd.
Napeville, IL 60540

Reliant Leasing Systems
825 S Loop W, Ste A-2
Houston, TX 77013

Rest
1158 McCabe Ave.
Elk Grove Village, IL 60007

Retriever
20405 SH 249, Ste 7OO
Houston, TX 77070

Rightway Logistics, Inc
P.O. Box 11422
Murfreesboro, TN 37219

Rocket Expedited Services
24805 US Hwy 20 W.
South Bend, IN 46628

S.T.A. International
Assigee of Cargolux Airlines
2000 W Magnolia Blvd., #100
Burbank CA 91506

SAIA
P.O. Box A, Sta. 1
Houma, LA 70363

SAIA Motor Freight Co., Inc.
11465 Johns Creek Pkwy., Ste. 400
Johns Creek, GA 30097

SIDHU Truckline  
P.O. Box 272  
Vega, TX 79092  

SLT Express  
4949 SW Meadows Rd., Ste 500  
Lake Oswego, OR 97035  

SLT Expressway  
7138 N. 110th Ave.  
Glendale AZ 85307  

SYNERGY Resources  
1310 Madrid St., Ste l06  
Marshall, MN 56258  

Safe Harbor Transport  
157 Country Oaks  
Lavernia, TX 78121  

Salt Lake Air Cargo  
1435 S. 4800 W., Ste l0O  
Salt Lake City, UT 84104  

Sapphire Rose Pilot Car  
P.O. Box l15  
Converse, TX 78109  

Seltex Brokerage  
P.O. Box 378  
Pflugerviller TX 78691  

Shell Truck Stop  
15415 Eastex Fwy  
Houston, TX 77396  

Sound Moves  
230-59 International Airport Ctr. Blvd.  
Bldg C., Ste 28l  
Jamacia, NY 11413  

Southeastern Freight Lines Inc  
P O Box 100104  
Columbia SC 29202  

Southeastern Freight Lines Inc.  
c/o RMS Bankruptcy Recovery Svcs  
PO Box 5126  
Timonium, Maryland 21094  

Special Service Freight Company  
P.O.Box 19508  
Charlotte, NC 28219  

Spectrum Graphic Designs  
5002 S. Lake Houston Pkwy., Ste 5  
Houston, TX 77049  

Speedy Printing  
12720 North Fwy.  
Houston, TX 77060  

Sprint  
P.O. Box 60075  
Dallas, TX 75266  

Stans Inc.  
1008 Railway Ave., Box 1OO  
Alpena, SD 57312  

State Comptroller  
P.O. Box 13127  
Austin, TX 78711  

Stonegate Transport  
1815 Sheffield Blvd  
Houston TX 77015  

Stonegate Transportation  
1803 Sheffield Blvd  
Houston, TX 77015  

Streamline Logistics  
P.O. Box 40832  
Mobile, AL 36640  

Sulphur Police Dept.  
5O0 N. Huntington St  
Sulphur LA 70663  

Summit NW Corp  
13150 #2 NE Airport Way  
Portland, OR 97230

TM Express, Inc.
1220 Texas Trail
Grapevine, TX 76051

Terminal C
7ll William, Ste 206
Houston, TX 77002

Texas Workforce Commission
Regulatory Integrity Division - SAU
Rm 556, 101 E. 15th St.
Austin, TX 78778-0001

The Dunwoody Law Firm
2500 Tanglewilde, Ste 150 N.
Houston, TX 77063

Marvin S. Greenfield P C
11200 Westheimer, Ste 777
Houston, TX 77042

Tom 's Hot Shot Service, Inc.
P.O. Box 455
Gillette, WY 82717

Towne Air Freight, Inc.
24805 US 20 W.
South Bend, IN 46628

Trancore
P.O.Box 8500
Philadelphia, PA 19178

Trans Lease
P .O .Box 16464
Denver , CO 80216

Trans Lease, Inc .
4475 East 74th Ave., Ste 1O3
Commerce City, CO 80022

Transportation Clearing House
4185 Harrison Blvd., Ste. 202
Ogden , UT 84403

U.S. Bancorp
800 Nicolett Mall
Minneapolis, MN 55402

Valley Transporation
P O Box 13463
Fresno, CA 93776

Venture Transport Logistics LLC
c/o: Craig J. Luffy
Philip D. Collins & Associates, P.C.
2626 Cole Ave., Ste 510,
Dallas, TX 75204

Venture Transport Logistics, LLC
200 Corporate Blvd.|Ste. 1O4
Lafayette, LA 70508

Venture Transport Logistics, LLC
P.O. Box 974167
Dallas, TX 75397

WOKO Transportation Services, Inc.
PO Box 765
2401 Repsdorph Road
Seabrook, TX 77032

Warehouse Association
1345 Campbell Rd., Ste 222
Houston; TX 77055

Wholesale Export Network, Inc.
    dba Flite Pak
c/o Matthew Louis Pepper
25211 Grogan's Mill Rd, Ste 450
The Woodlands, TX 77380-2925

Wildcat Transportation
P.O. Box 1911
Fremont, CA 94538

Woko Transportation, Inc.
P .O . Box 765
Seabrook, TX 77586

Xtra Lease
P.O. Box 99262
Chicago, IL 60693