UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. |
| | § | |
| HAWK FREIGHT LOGISTICS LLC | § | 09-37651-H1-11 |
| | § | |
| DEBTOR | § | CHAPTER 11 |

## ORDER

CAME ON to be considered the motion of the United States Trustee to convert this case from a case under chapter 11 to a case under chapter 7.  Due notice and opportunity for hearing having been given to all parties by the Clerk, and it having been shown to the satisfaction of the Court that cause exists under 11 U.S.C. §1112(b) and BLR 1017 for conversion or dismissal for failure to prosecute this case, it is hereby

**ORDERED** that this bankruptcy is **CONVERTED** to Chapter 7; and it is further

**ORDERED** that the Debtor shall file or supplement appropriate inventories, schedules and statements required by Bankruptcy Rule 1007 within fourteen (14) days of the entry 1007.

**SIGNED** this _____ day of _____, 2010.


_____
HONORABLE MARVIN ISGUR
UNITED STATES BANKRUPTCY JUDGE