

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

**ENTERED
06/09/2010**

| | | |
|---|---|---|
| **IN RE:** | § | **Case No. 09-37651** |
| **HAWK FREIGHT LOGISTICS LLC; aka** | § | **Chapter 11** |
| **HAWK LOGISTICS,** | § | |
| **Debtor(s).** | § | **Judge Isgur** |

## ORDER SETTING HEARING

A hearing will be conducted at **3:00 p.m. on June 23, 2010,** in Courtroom 404, 4th Floor, 515 Rusk Avenue, Houston, Texas, to consider U. S. Trustee's Motion to Convert (Doc. #59). The Court will consider evidence and arguments, as appropriate.

SIGNED **June 9, 2010.**

_____
Marvin Isgur
UNITED STATES BANKRUPTCY JUDGE

1 / 1