| UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF TEXAS | |
|---|---|
| MAIN NO.: 09-37651 | DEBTOR: HAWK FREIGHT LOGISTICS LLC |
| WITNESS: | JUDGE: MARVIN ISGUR |
| BARBARA GRIFFIN, UST Bankr. Analyst | COURTROOM STAFF: STACIE TEZENO |
| ROGER RUMSEY (adverse) | DATE: 6/23/10       AT: 3:00 pm |
| WAYNE DUNCAN | PARTY'S NAME: United States Trustee |
| SCOTT MARDER | ATTORNEY'S NAME: NANCY HOLLEY |
|  | ATTORNEY'S PHONE: (713) 718-4650 X232 |
|  | NATURE OF PROCEEDING: M/CONVERT TO CHAPTER 7 |

EXHIBIT LIST

| NO. | DESCRIPTION | MR | OF | OJ | AM | DT | DISPOSITION AFTER TRIAL |
|---|---|---|---|---|---|---|---|
| 1 | Case Docket | X | | | | | |
| 2 | Monthly Operating Report – Oct 2009 | X | | | | | |
| 3 | Monthly Operating Report – Nov 2009 | X | | | | | |
| 4 | Monthly Operating Report – Dec 2009 | X | | | | | |
| 5 | Monthly Operating Report – Jan 2010 | X | | | | | |
| 6 | Monthly Operating Report – Feb 2010 | X | | | | | |
| 7 | Monthly Operating Report – Mar 2010 | X | | | | | |
| 8 | Claims Register | X | | | | | |
| 9 | UST Quarterly Fee Payment Rpt (3 pgs) | X | | | | | |
| 10 | Insurance Binder | X | | | | | |
| 11 | Insurance cancellation | X | | | | | |
| 12 | Rumsey docket 10-30283-H1-13 | X | | | | | |
| 13 | Rumsey docket 10-32983-H3-13 | X | | | | | |

NOTE: This exhibit list is to be prepared in advance of trial by parties and furnished to the court in duplicate and served on the opposing parties