| | |
|---|---|
| B9B (Official Form 9B) (Chapter 7 Corporation/Partnership No Asset Case) (12/07) | Case Number **09–37651** |

UNITED STATES BANKRUPTCY COURT Southern District of Texas

# Notice of
# Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A bankruptcy case concerning the debtor(s) listed below was originally filed under chapter 11 on 10/7/09 and was converted to a case under chapter 7 on 6/23/10.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

## See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Hawk Freight Logistics LLC
aka Hawk Logistics
P O Box 62409
Houston, TX 77205

| Case Number:<br>09–37651 | Social Security / Individual Taxpayer ID / Employer Tax ID / Other nos:<br>26–1135185 |
|---|---|
| Attorney for Debtor(s) (name and address):<br>Hawk Freight Logistics LLC<br>P O Box 62409<br>Houston, TX 77205<br>Telephone number: | Bankruptcy Trustee (name and address):<br>Ronald J Sommers<br>Nathan Sommers Jacobs Gorman<br>2800 Post Oak Blvd<br>61st Floor<br>Houston, TX 77056<br>Telephone number:  713–892–4801 |

## Meeting of Creditors

Date: **July 14, 2010**                                   Time: **01:00 PM**
Location: **Suite 3401, 515 Rusk Ave, Houston, TX 77002**

## Creditors May Not Take Certain Actions:

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

## Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

## Creditor with a Foreign Address:

A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| **Address of the Bankruptcy Clerk's Office:**<br>United States Bankruptcy Court<br>PO Box 61010<br>Houston, TX 77208<br>Telephone number:  (713) 250–5500 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>David Bradley |
|---|---|
| Hours Open:  Monday – Friday 9:00 AM – 5:00 PM | Date:  6/25/10 |

**EXPLANATIONS**          **B9B (Official Form 9B) (12/07)**

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §§362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment, taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; and starting or continuing lawsuits or foreclosures. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. The *debtor's representative must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

Refer to Other Side for Important Deadlines and Notices

# CERTIFICATE OF NOTICE

```
District/off: 0541-4           User: stez                 Page 1 of 4                   Date Rcvd: Jun 25, 2010
Case: 09-37651                 Form ID: b9b               Total Noticed: 185


The following entities were noticed by first class mail on Jun 27, 2010.
 db           +Hawk Freight Logistics LLC,    P O Box 62409,    Houston, TX 77205-2409
 aty          +Gregory A Balcom,    Balcom Law Firm,    Ste 305,    8584 Katy Fwy,    Houston, TX 77024-1837
 aty          +Matthew Louis Pepper,    Compass Bank Building,    25211 Grogans Mill Road  Suite 450,
                The Woodlands, TX 77380-2925
 aty           Stephen Gerard Wilcox,    Bassel Wilcox PLLC,    PO Box 11509,    Fort Worth, TX  76110-0509
 tr           +Ronald J Sommers,    Nathan Sommers Jacobs Gorman,    2800 Post Oak Blvd,    61st Floor,
                Houston, TX 77056-6131
 intp         +Submar, Inc.,    c/o Balcom Law Firm,    West Memorial Park,    8584 Katy Freeway,    Suite 305,
                Houston, TX 77024-1837
6559799       +A-1 Delivery,    P .O . Box 36906,    Houston , TX 77236-6906
6559803       +AICCO,Inc.,    101 Hudson Street, 34th Floor,    Jersey City, New Jersey 07302-3905
6559814        AICCO,Inc.,    45 E. Riverpark,    Suite 3O8,    Fresnoz CA 93720
6660521       +Absolute Sports Connection,    All Sports Trophy,    18741 Stuebner Airline,    Spring TX 77379-5458
6515005        Absolute Team Sports, Ltd.,    18741 Stuebner Airline Rd.,    Spring, TX 77379-5458
6559801       +Accelerated,    P.O. Box 116092,    Atlanta, GA 30368-6092
6714098       +Accelerated Courier Inc.,    515 Airpack Ctr Dr.,    Nashville, TN 37217-2962
6559802       +Accent Energy,    P.O. Box 4851,    Houston, TX 77210-4851
6719544       +Accent Energy,    6065 Memorial Dr,    Dublin, OH 43017-8218
6515006        Advance Business Capital, LLC,    7O1 Canyon Drive,    Ste. 105,    Coppell, TX 75019
6559804       +Air Ground Express,    P .O . Box 438,    Clinton, PA 15026-0838
6559805       +Airport Drayage,    6331 N . 112th Avenue,    Portland , OR 97220-1092
6638677       +Alamo Bkge Corp.,    c/o Matthew Louis Pepper,    Attorney at Law,    25211 Grogans Mill Rd Ste 450,
                The Woodlands, TX 77380-2925
6559806       +Amegy Bank,    655 Business Center Drive,    Horsham, PA 19044-3409
6515007        American Airlines Cargo,    P.O. Box 619616,    Mail Drop 4418,    DFW Airport, TX 75261-9616
6515008        American Transport, Inc.,    1OO Industry Drive,    Pittsburgh, PA 15275-1014
6540402       +Aurora Trailer Leasing & Rental,LLC,    16305 Swingley Ridge Rd,    Ste. 450,
                Chesterfield, MO 63017-1777
6515009       +Aurora Trailer Leasing & Rental,LLC,    16305 Swingley Ridge Rd,    Ste. 4OO,
                Chesterfield, MO 63017-1777
6515010       +Blakeman Transportation, Inc.,    c/o Clint Oldham,    1810 8th Ave.,,    Fort Worth, TX 76110-1352
6719598       +Bobtail Express,    P.O. Box 41073,    Houston, Texas 77241-1073
6559807       +Bobtail Express,    7820 W. Little York Road,    Houson , Tx 77040-5310
6685589       +Border Express Co., Inc.,    4400 S. 16th St.,    Fort Smith, AR 72901-7912
6515011        Bright Truck Leasing LP,    P.O. Box 951869,    Dallas, TX 75395-1869
6559808        Brucargo Air Freight,    Builing 740- Brucargo,    B-193l Zaventem,    Belgium
6559822       +CMA-CGM (America) LLC,    5701 Lake Wright Drive,    Norfolk , VA 23502-1868
6722735       +CRST Logistics,    PO Box 68,    Cedar Rapids, IA 52406-0068
6722953       +CRST Malone Inc,    PO Box 68,    Cedar Rapids, IA 52406-0068
6559826       +CSAV Agency North America,    99 Wood Avenue South,    9th Floor,    Iselin, NJ 08830-2734
6515012        Cana Tire, lnc.,    2233 Clinton Dr.,    Galena Park, TX 77547-2753
6515013        Cargolux Airlines Int'l,    19115 Lee Rd.,    Ste. A 1OO,    Humble, TX 77338-4189
6515014       +Carlen Transport,    81 Mecaw Road,    Hampden, ME 04444-1942
6559809       +Central Air Freight,    20 S . Powell Dr .,    Butler Industrial Park,    Hazeltonz PA 18201-7300
6515015       +Chris Plair Trucking,    6827 Silver Shore Lane,    Katy, TX 77449-7629
6646333       +CoActiv Capital Partners, Inc.,    Scott H Marcus Esquire,    (Scott H Marcus & Associates),
                121 Johnson Road,    Turnersville, New Jersey 08012-1758
6559823       +Crane Masters,    6402 McGrew #A3,    Houston , TX 77087-3428
6671665       +Crane Masters, Inc.,    c/o Terry Fitzgerald,    The Fitzgerald Law Firm, P.C.,
                10077 Grogan's Mill road, Suite 540,    The Woodlands, Texas 77380-1008
6559824        Cranford Transportation,    P.O. Box 5O5,    Griffenz GA 30224
6559825       +Crescent City Delivery,    P .O . Box 2354,    Kenner, LA 70063-2354
6728064       +Crete Carrier Corporation,    PO Box 83246,    Lincoln NE 68501-3246
6515016       +D & N Delivery and Air Truck Express,    Mccarran Itn 'l Airport,    P.O . Box 11023,
                Las Vegas, NV 89111-1023
6515018       +Dash Pack Express Services, Inc.,    5832 Star Lane,    Houston, TX 77057-7116
6559827       +Denver Air,    6331 Beach Street,    Denverzco 80221-2032
6515019       +Diamond Freight Systems, Inc.,    645 Keys Road,    Yakima, WA 98901-2119
6642407       +Direct Freight Services,    PO Box 131,    Chillicothe, MO 64601-0131
6515020       +Evergreen America Corporation,    Tollway Plaza I,    16000 North Dallas Parkway,    Ste. 4OO,
                Dallas, TX 75248-6607
6665132       +Evergreen Shipping Agency,    61 Broadway, Suite 1410,    New York, NY 10006-2758
6515021        Exclusive Nationwide Delivery,    74O Dalworth Street,    Grand Prairie, TX 75050
6559828       +Fast Fleet,    147-10 181st Avenue,    Jamacia, NY 11413-4012
6642409       +Fast Freight Services of Texas Inc,    12218 Jones Rd,    S-D PMB #212,    Houston, TX 77070-5267
6515022       +Fleetwood Transportation Services, Inc.,    7642 S . US Hwy . 59,    Diboll,    75941-4427
6515023       +Flite Pak,    15700 Export Plaza,    Ste. Z,    Houston, TX 77032-2548
6515024       +Forward Air, Inc.,    P.O. Box 1058,    Greenville, TN 37744-1058
6515025       +FreightForce, Inc.,    2560 W . Woodland Dr.,    Anaheim, CA 92801-2636
6559829       +G&R Trucking,    206 Hwy C,    Seath , MO 63876-9764
6559830       +Getloaded .com,    One Park West Circle,    Suite 300,    Midlothian, VA 23114-4518
6559831       +Global Freight Services,    3623 Metro Parkway,    San Antonio, TX 78247-3501
6559832       +Goose Neck Trucking,    13602 Luthe,    Houston, TX 77039-2818
6559833       +Green Mountain Energy,    P .O . Box 660305,    Dallas , TX 75266-0305
6559834        HBI Priority Freight,    45080 Old Ox Road,    Dulles, VA 20166
6560904        Hawk Freight Lohistics LLC,    P O Box 62409,    Houston, Tx 77205-2409
6559835       +Home Depot,    P .O . Box 689100,    Des Moines, IA 50368-9100
6535630       +Housing Chronicle,    801 Texas Ave,    Houston, TX 77002-2996
6515026        Houston Chronicle,    P.O. Box 4260,    Houston , TX 77210-4260
6660535       +Humble Fuels LLC,    5550 Homestead Rd,    Houston TX 77028-5021
6559836       +Internet Truckstop,    P .O . Box 16765,    Denver , CO 80216-0765
6558933       +J B Scott Publishing,    P O Box 2685,    Anniston, Alabama 36202-2685
6559837       +JB Scott Publishing,    P .O . Box 2685,    Anniston , AL 36202-2685
```

```
District/off: 0541-4          User: stez                Page 2 of 4            Date Rcvd: Jun 25, 2010
Case: 09-37651                Form ID: b9b              Total Noticed: 185

6544727        +JB Scott Publishing,    Smith Rubin,    P O Box 639,    Belle Chasse, LA 70037-0639
6642408        +JDS Express Inc,    2164 Hines Farm Rd,    Jacksonville, NC 28540-8875
6559838        +JJ's Truck Service,    3635 Mesa Drive,    Houston TX 77013-3822
6559841        +JTW Air Express,    30690 Cypress,    Romulus, MI 48174-3599
6720214        +Jay Thurmond,    28927 Stapleford,    Spring, TX 77386-5462
6559839        +John Prescott,    11018 Stockwood Dr.,    Houston  TX 77064-5513
6559840        +Johnson Trucking,    12602 Riverhill Court,    Houston , TX 77014-1958
6515027        +Jones Truck Insurance Agency,    10100 Saddle Creek Road,    Waco, TX 76708-7290
6515028         Kenner Kourier Service,    5744 Heebe St.,    Elmwood, LA 70123-5505
6559842        +King's Express,    3813 Broadway,    Buffalo, NY 14227-1120
6634289        +Kingdom Express Inc,    P O Box 622,    Newbury Park, CA 91319-0622
6533670        +LAREDO TRANSPORT & STORAGE, INC,    10208 UNION PACIFIC BLVD.,    LAREDO, TEXAS 78045-9412
6559843        +Land Air & Water,    P .O . Box 1356,    Fontanaz CA 92334-1356
6515029         LandAir Express,    P .O. Box 2250,    Bowling Green, KY 42102-2250
6515030        +Landstar Systems, Inc .,    13410 Sutton Park Dr. South,    Jacksonville, FL 32224-5270
6515031        +Laredo Transport and Storage,    10208 Union Pacific Blvd.,    Laredo, TX 78045-9412
6777063        +Larry Joe Jones,    3625 Wellborn #603,    Bryan, TX 77801-3541
6653589        +Libra C/O CSAV Agency NA,    99 Wood Avenue South, 9th FL,    Iselin, NJ 08830-2734
6559844        +Lonestar Delivery,    P.O. Box 60034,    Midland, TX 79711-0034
6515032        +Louisiana Transport,lnc.,    12755 E. Nine Mile Road,    Warren, MI 48089-2621
6515035        +MPG Madean Trucking LLC,    323 Oxford Drive,    Richardson, TX 75080-5412
6515036        +MS Fleet Services,    8650 College Blvd.,    Overland Park, KS 66210-1886
6642410        +Major Logistics LLC,    1963 Jasper St,    Unit A,    Aurora, CO 80011-4646
6729609        +Mason and Dixon Lines,    12755 East Nine Mile Road,    Warren MI 48089-2621
6515033        +Mason and Dixon Lines, Inc.,    12755 E. Nine Mile Road,    Warren, MI 48089-2621
6515034        +Matson Amer. Trnsp. srvs .LLc,    1395 S. Marietta Pkwy,    Bldg. 400, Ste 212,
                 Marietta, GA 30067-4440
6732949        +Metro Express Inc.,    P O Box 4207,    Ontario, CA 91761-8907
6559845         Milbank Real Estate,    66O S. Figueroa Street,    24th Floor,    Los Angeles, CA 90017
6515037         Nebraska Transport,    P.O . Box 1646,    Scottsbluff, NE 69363-1646
6559846        +Nextep , Inc,    3550 W. Robinson,    Norman , OK 73072-3345
6515038        +OTR Fleet Service LLC,    11051 Eastex Freeway,    Houston, TX 77093-3605
6559847         Office Depot Credit Plan,    P.O . Box 689020,    Des Moines, IA 50368-9020
6559692        +Orbit Transportation Of Chicago,    7300 N . Cicero,    Lincolnwood, IL 60712-1641
6559694         Out Brokers , LLC,    75O Economy Dr .,    Clarksvillez TN 37043
6564409        +Overhead Door Co of Houston,    11533 S Main St.,    Houston, TX 77025-5987
6559693        +Overhead Door Company Of Houston Qe tf >,    11533 S. Main St.,    Houston, TX 77025-5987
6559700         PLS Logistics Service,    The Quad Center,    Rochester , PA 15074
6639639        +Pacific Coast Credit Inc.,    135 Silver Ln #200,    Eugene, OR 97404-7200
6559695         Pacific Financial,    1601 W. Whispering Wind Dr.,    Phoenix, AR 85085
6559706        +Parcel Delivery,    P.O. Box 9121 AMF,    Albuquerquez NM 87119-9121
6559696        +Patriot Group,    5000 Terminal St.,    Bellaire, TX 77401-6007
6559697        +Peter Working,    7500 San Felipe,    Suite 750,    Houston, TX 77063-1789
6559698         Pit Express Systems,    53O Moon-clinton Road,    Coraopolis, PA 15108
6559699        +Platinum Air Cargo,    P.O. Box 62307,    Houston, TX 77205-2307
6637471        +Platinum Air Cargo USA LP,    P O Box 62307,    Houston, TX 77205-2307
6559701        +Polar Air,    P .O . Box 630007,    Houstonr TX 77263-0007
6559702        +Pop-A-Dent,    12751 Whistling Springs,    Humble, TX 77346-4115
6559703        +Primary Freight,    1144 Tower Lane,    Bensenville, IL 60106-1028
6559704        +Prime Inc.,    P .O. Box 10108,    Springfield, MO 65808-0108
6559705        +Professional Fleet,    5380 W. 34th St.,    Suite 317,    Houston, TX 77092-6626
6515039         R & L Carriers,    6OO Gilliam Rd.,    Wilmington, OH 45177
6642405         RHDC International, Inc.,    PO Box 741091,    Houston, TX  77274-1091
6559707         Reliable Wave Shipping,    2l9 N. Whispering Hills Rd.,    Napeville, IL 60540
6515041        +Reliant Leasing Systems,    825 South Loop West,,    Suite A-2,    Houston, TX 77054-4684
6559708        +Rest,    1158 Mccabe Avenue,    Elk Grove Village, IL 60007-4823
6559709        +Retriever,    20405 State Highway 249,    suite 7OO,    Houston, TX 77070-2618
6559710        +Rightway Logistics, Inc,    P.O. Box 11422,    Murfreesboro, TN 37129-0029
6515040        +Rocket Expedited Services,    24805 US Hwy 20 West,    South Bend, IN 46628-5911
6639804        +S.T.A. International,    Assigee of Cargolux Airlines,    2000 W Magnolia Blvd #100,
                 Burbank CA 91506-1733
6559712        +SAIA,    P.O. Box A,    Station 1,    Houma, LA 70361-5901
6515042        +SAIA Motor Freight Co., Inc.,    11465 Johns Creek Pkwy,    Ste. 4O0,    Johns Creek, GA 30097-1574
6559717        +SIDHU Truckline,    P .O . Box 272,    Vega, TX 79092-0272
6559718        +SLT Express,    4949 SW Meadows Rd.,    Suite 5QO,    Lake Oswego, OR 97035-4285
6559719        +SLT Expressway,    7138 North 110th Avenue,    Glendalez AZ 85307-2800
6515043        +SYNERGY Resources,    1310 Madrid Street,    Suite 106,    Marshall, MN 56258-4099
6559711        +Safe Harbor Tansport,    157 Country Oaks,    Lavernia, TX 78121-4706
6559713        +Salt Lake Air Cargo,    1435 South 4800 West,    Suite l0O,    Salt Lake City, UT 84104-5319
6559714         Saphire Rose Pilot Car,    P.O. Box l15,    Converse, TX 78109
6559715        +Seltex Brokerage,    P .O. Box 378,    Pflugerville TX 78691-0378
6559716        +Shell Truck Stop,    15415 Eastex Freeway,    Houston, TX 77396-2136
6559720        +Sound Moves,    230-59 International Airport Ctr. Blvd.,    Building C,    Suite 28l,
                 Jamacia, NY 11413-4114
6634290         Southeastern Freight Lines Inc,    P O Box 100104,    Columbia SC 29202
6640711        +Southeastern Freight Lines Inc.,    c/o RMS Bankruptcy Recovery Services,    PO Box 5126,
                 Timonium, Maryland 21094-5126
6559721        +Special Sevice Freight Company,    P.O.Box 19508,    Charlotte, NC 28219-9508
6559722        +Spectrum Graphic Designs,    5002 S . Lake Houston Parkway,    Suite 5,    Houston , TX 77049-2631
6559723        +Speedy Printing,    12720 N. Freeway,    Houston, TX 77060-1227
6559724         Sprint,    P.O. Box 60075,    Dallas, TX 75266
6559725         Stans Inc.,    1008 Railway Avenue,    Box 1OO,    Alpena, SD  57312
6559726        +State Comptroller,    P.O. Box 13127,    Austin, TX 78711-3127
6625274        +Stonegate Transport,    1815 Sheffield Blvd,    Houston TX 77015-6348
```

```
District/off: 0541-4          User: stez                Page 3 of 4              Date Rcvd: Jun 25, 2010
Case: 09-37651                Form ID: b9b              Total Noticed: 185

6559727     +Stonegate Transportation,   1803 Sheffield Blvd,    Houston , TX 77015-6348
6559728     +Streamline Logistics,   P .O. Box 40832,    Mobile, AL 36640-0832
6559729      Sulphur Police Dept.,   5OO N.Huntington St.,   sulphurr LA 70663
6642406     +Summit NW Corp,   13150 #2 NE Airport Way,    Portland, OR 97230-1035
6515044     +TM Express, Inc.,   1220 Texas Trail,    Grapevine, TX 76051-7619
6559730      Terminal C,   7ll William,   Suite 206,   Houston, TX  77002
6708782     +The Dunwoody Law Firm,   2500 Tanglewilde, Suite 150 North,    Houston, TX 77063-2183
6545292     +The Houston Chronicle,   Marvin S. Greenfield P C,    11200 Westeimer, Suite 777,
              Houston, Tx 77042-3221
6515045     +Tom 's Hot Shot Service, Inc.,   P.O. Box 455,   Gillette, WY 82717-0455
6515046     +Towne Air Freight, Inc.,   24805 US 20 West,    South Bend, IN 46628-5911
6559731     +Trancore,   P.O.Box 8500,   Philadelphia, PA 19178-8500
6559732     +Trans Lease,   P .O .Box 16464,   Denver , CO 80216-0464
6515048     +Trans Lease, Inc .,   4475 East 74th Avenue,    Suite 1O3,   Commerce City, CO 80022-1494
6515047     +Transportation Clearing House,   4185 Harrison Blvd.,    Ste. 202,   Ogden , UT 84403-6400
6559733     +U.S. Bancorp,   U .S . Bancorp Center,   800 Nicolett Mall,    Minneapolis, MN 55402-7000
6634291      Valley Transportation,   P O Box 13463,   Fresno, CA 93776
6721348     +Venture Transport Logistics LLC,   c/o: Craig J. Luffy,,    Philip D. Collins & Associates, P.C.,
              2626 Cole Ave., Ste 510,,   Dallas, TX 75204-1052
6559734     +Venture Transport Logistics, LLC,   P.O. Box 974167,    Dallas, TX 75397-4167
6515049      Venture Transport Logistics, LLC,   200 Corporate Blvd.,    Ste. 1O4,   Lafayette, LA 70508
6763973     +WOKO Transportation Services, Inc.,   PO Box 765,    2401 Repsdorph Road,
              Seabrook, TX 77586-6470
6559735     +Warehouse Association,   1345 Campbell Rd.,    Suite 222,   Houston; TX 77055-6452
6661888      Wholesale Export Network, Inc.,   dba Flite Pak,    c/o Matthew Louis Pepper,
              25211 Grogan's Mill Rd, Ste 450,   The Woodlands, TX  77380-2925
6559736     +Wildcat Transportation,   P.O. Box 1911,    Fremont, CA 94538-0911
6515050     +Woko Transportation, Inc.,   P .O . Box 765,   Seabrook, TX 77586-0765
6559737     +Xtra Lease,   P.O. Box 99262,   Chicago, IL 60693-9262
The following entities were noticed by electronic transmission on Jun 25, 2010.
6559800     +EDI: ATTWIREBK.COM Jun 25 2010 16:58:00      AT&T,    P.O. Box 90245,   Arlington, TX 76004-3245
6748382      EDI: CHRYSLER.COM Jun 25 2010 16:58:00      Chrysler Financial Services Americas L.L.C. f/k/a,
              P.O. Box 860,   Roanoke, Texas 76262
6681290     +EDI: DAIMLER.COM Jun 25 2010 16:58:00      DCFS USA LLC,   P.O. Box 2916,
              Milwaukee, WI 53201-2916,   Attn: Tiffanee Walker
6515017     +EDI: DAIMLER.COM Jun 25 2010 16:58:00      Daimler Truck Financial,   13650 Heritage Pkwy.,
              Fort Worth , TX 76177-5323
6566896      EDI: IRS.COM Jun 25 2010 16:58:00      INTERNAL REVENUE SERVICE,   P.O. BOX 21126,
              PHILADELPHIA, PA 19114
6634288      E-mail/Text: bkrptnotices@jjkeller.com                            J J Keller & Associates,
              P O Box 548,   Neenah, WI 54957-0548
6837150      E-mail/Text: redpacer@twc.state.tx.us                             Texas Workforce Commission,
              Regulatory Integrity Division - SAU,   Room 556,    101 E. 15th Street,   Austin, TX 78778-0001
                                                                                               TOTAL: 7

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr           Chrysler Financial Services Americas L.L.C. f/k/a
cr           DCFS USA LLC Successor to DaimlerChrysler Financia
6559821      Charles Kendall Freight Ltd.,   Spur Rd,    Feltham,   Middlesex,   TW 14 OSL
6559810*    +A-1 Delivery,   P .O . Box 36906,   Houston , TX 77236-6906
6559811*    +AT&T,   P.O. Box 90245,   arlington, TX 76004-3245
6559812*    +Accelerated,   P .O . Box 116092,   Atlanta, GA 30368-6092
6559813*    +Accent Energy,   P.O. Box 4851,   Houston, TX 77210-4851
6559815*    +Air Ground Express,   P.O . Box 438,   Clinton, PA 15026-0838
6559816*    +Airport Drayage,   6331 N . 112th Avenue,    Portland , OR 97220-1092
6559817*    +Amegy Bank,   655 Business Center Drive,    Horsham, PA 19044-3409
6559818*    +Bobtail Express,   7820 W. Little York Road,    Houson , Tx 77040-5310
6559819*     Brucargo Air Freight,   Builing 740- Brucargo,    B-193l Zaventem,   Belgium
6759494*    +CMA CGM America LLC,   5701 Lake Wright Drive,    Norfolk, VA 23502-1868
6559820*    +Central Air Freight,   20 S . Powell Dr .,   Butler Industrial Park,    Hazeltonz PA 18201-7300
6535130*     Tom 's Hot Shot Service, Inc.,   P.O. Box 455,   Gillette, WY 82717-0455
                                                                                         TOTALS: 3, * 12

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0541-4          User: stez              Page 4 of 4              Date Rcvd: Jun 25, 2010
Case: 09-37651                Form ID: b9b            Total Noticed: 185

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 27, 2010**                       **Signature:**         *Joseph Speetjens*