

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case No. 09-37651 |
| HAWK FREIGHT LOGISTICS LLC; aka | § | Chapter 7 |
| HAWK LOGISTICS, | § | |
| Debtor(s). | § | Judge Isgur |

## ORDER FOR STATUS CONFERENCE
## ORDER REQUIRING ROGER RUMSEY TO APPEAR

On June 28, 2010 at 3:00 p.m., the Court will conduct a status conference in this chapter 7 proceeding.

The Court orders Roger Rumsey to appear, in person, at the proceeding. Mr. Rumsey is further ordered to produce in court all financial statements, bank statements, and other documents reflecting the assets and liabilities of Hawk Freight Logistics, LLC, unless such financial statements, bank statements and other documents have previously been turned over to the chapter 7 trustee.

The United States Marshal is directed to serve this order on Mr. Rumsey, who might be located at 20715 Deauville Road, Spring, Texas 77388.

Failure to comply with this order may result in Mr. Rumsey's arrest and in a finding of contempt.

SIGNED **June 23, 2010.**

Marvin Isgur
UNITED STATES BANKRUPTCY JUDGE

Served personally on
6-26-10 9:00am

Deputy U.S. Marshal

United [States]
Southern Dist[rict of Texas]
FILED

JUN 29 2010

1 / 1