IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| HAWK FREIGHT LOGISTICS, LLC | § | CASE NO. 09-37651-H1-7 |
| P.O. Box 62409 | § | |
| Houston, TX 77205 | § | CHAPTER 7 |
| Tax I.D. # xx-xxx5185 | § | |
| | § | |
| DEBTOR | § | |

NOTICE OF CONTINUED BANKRUPTCY RULE 2004
EXAMINATION OF SOPHIE SANCHEZ

PLEASE TAKE NOTICE that, in accordance with Rule 2004 of the Federal and Local Rules of Bankruptcy Procedure, Ronald J. Sommers in his capacity as the Chapter 7 trustee ("Trustee") in the above-referenced bankruptcy case, took the examination of Sophie Sanchez ("Examinee") pursuant to Rule 2004 of the Federal Rules of Bankruptcy on the 29th day of September, at 1:00 p.m. The examination has been continued to October 20, 2010 at 1:00 p.m. and continuing from business day to business day thereafter until completed, at the offices of Nathan Sommers Jacobs, A Professional Corporation, 2800 Post Oak Blvd., 61st Floor, Houston, Texas 77056. By agreement of the Examinee, she is remaining under the subpoena through the continued exam on October 20, 2010.

Respectfully submitted,

By: */s/ Gretchen McCord*
    Gretchen McCord
    Attorney in Charge
    State Bar No. 00798203
    2800 Post Oak Blvd., 61st Floor
    Houston, Texas 77056-5705
    Telephone: 713-960-0303
    Facsimile: 713-892-4800

                ATTORNEYS FOR RONALD J. SOMMERS, TRUSTEE

OF COUNSEL:
NATHAN SOMMERS JACOBS
A Professional Corporation
2800 Post Oak Blvd., 61st Floor
Houston, Texas 77056-5705
Telephone: 713-960-0303
Facsimile: 713-892-4800

## CERTIFICATE OF SERVICE

      This is to certify that a true copy of the foregoing has been served on the Examinee at the address listed below and via ECF on this 29th day of September, 2010.

Sophie Sanchez
20715 Deauville Dr.
Spring, Texas 77388

                */s/ Gretchen McCord*
                Gretchen McCord
                2800 Post Oak Blvd., 61st Floor
                Houston, Texas 77056
                (713) 960-0303 Telephone
                (713) 892-4800 Facsimile