**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**

In Re:  Hawk Freight Logistics LLC

**Debtor(s)**

Case No.: 09–37651

Chapter:  7

*ORDER CLOSING CASE*

The estate has been fully administered. Therefore, the Court orders:

1. Ronald J Sommers is discharged as trustee of the estate.

2. The Trustee's bond is cancelled.

3. The case is closed.

Signed and Entered on Docket: 11/22/10

_____
MARVIN ISGUR
United States Bankruptcy Judge