**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**

In Re: Hawk Freight Logistics LLC
      Debtor

Case No.: 09–37651
Chapter: 7

### NOTICE OF FILING OF OFFICIAL TRANSCRIPT

An official transcript has been filed in this case and it may contain information protected under the E–Government Act of 2002, and Fed. R. Bank. P. 9037.

Transcripts will be electronically available on PACER to the public 90 days after their filing with the court. To comply with privacy requirements of Fed. R. Bank. P. 9037, the parties must ensure that certain protected information is redacted from transcripts prior to their availability on PACER.

If redaction is necessary, the parties must file a statement of redaction listing the items to be redacted, citing the transcript's docket number, the item's location by page and line, and including only the following portions of the protected information. This statement must be filed within 21 days of the transcript being filed. A suggested form for the statement of redaction is available at http://www.txs.uscourts.gov.

- the last four digits of the social security number or taxpayer identification number;
- the year of the individual's birth;
- the minor's initials;
- the last four digits of the financial account number; and
- the city and state of the home address.

Any additional redaction requires a separate motion and Court approval.

A party may review the transcript at the Clerk's Office public terminals or purchase it by following the instruction on our website at http://www.txs.uscourts.gov or by calling (713) 250–5500 . A party is only responsible for reviewing the:

- opening and closing statements made on the party's behalf;
- statements of the party;
- testimony of any witness called by the party; and
- any other portion of the transcript as ordered by the court.

Redaction is your responsibility. The Clerk, court reporter, or transcriber will not review this transcript for compliance.

David Bradley
Clerk of Court

# CERTIFICATE OF NOTICE

```
District/off: 0541-4          User: jdav              Page 1 of 1            Date Rcvd: Nov 23, 2010
Case: 09-37651                Form ID: ntctran        Total Noticed: 3

The following entities were noticed by first class mail on Nov 25, 2010.
db          +Hawk Freight Logistics LLC,    P O Box 62409,   Houston, TX 77205-2409
aty         +Matthew Louis Pepper,   Compass Bank Building,    25211 Grogans Mill Road  Suite 450,
              The Woodlands, TX 77380-2925
intp        +Submar, Inc.,   c/o Balcom Law Firm,    West Memorial Park,   8584 Katy Freeway,   Suite 305,
              Houston, TX 77024-1837

The following entities were noticed by electronic transmission.
NONE.                                                                                          TOTAL: 0

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr           Chrysler Financial Services Americas L.L.C. f/k/a
cr           DCFS USA LLC Successor to DaimlerChrysler Financia
                                                                                  TOTALS: 2, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 25, 2010**                        Signature:     _Joseph Speetjens_